# United States District Court

## District of Arizona

# Certificate of Good Standing

I, Debra D. Lucas, Clerk of this Court, certify that Peter Andrew Gentala was duly admitted to practice in this Court on November 25, 2002, and is in good standing as a member of the Bar of this Court.

Dated at Phoenix, Arizona, on January 26, 2021

| Debra D. Lucas | Beth Stephenson |
|---|---|
| District Court Executive/Clerk of Court | DEPUTY CLERK |