Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, A MINOR CHILD, BY AND THROUGH HIS NEXT FRIEND JANE DOE<br><br>Plaintiff(s),<br><br>v.<br><br>TWITTER, INC.<br><br>Defendant(s). | Case No: 3:21-cv-00485<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Peter A. Gentala, an active member in good standing of the bar of Arizona, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: John Doe in the above-entitled action. My local co-counsel in this case is Paul A. Matiasic, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| National Center on Sexual Exploitation, 1201 F St. NW, Suite 200, Washington, DC 20004 | The Matiasic Firm, P.C.; 4 Embarcadero Center, Suite 1400, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 393-7245 | (415) 675-1089 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| pgentala@ncoselaw.org | matiasic@mjlawoffice.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 021789.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/28/21

Peter A. Gentala
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Peter A. Gentala is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 4, 2021

UNITED STATES MAGISTRATE JUDGE
*Judge Joseph C. Spero*

PRO HAC VICE APPLICATION & ORDER                                              October 2012