Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| JOHN DOE, A MINOR CHILD, BY AND THROUGH HIS NEXT FRIEND JANE DOE     Plaintiff(s), | ) ) ) ) | Case No: 3:21-cv-00485 |
|---|---|---|
| v. | ) ) | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| TWITTER, INC. | ) ) ) | (CIVIL LOCAL RULE 11-3) |
|     Defendant(s). | ) ) | |

I, **Danielle Bianculli Pinter**, an active member in good standing of the bar of **Florida**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **John Doe** in the above-entitled action. My local co-counsel in this case is **Paul A. Matiasic**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| National Center on Sexual Exploitation, 1201 F St. NW, Suite 200, Washington, DC 20004 | The Matiasic Firm, P.C.; 4 Embarcadero Center, Suite 1400, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 393-7245 | (415) 675-1089 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| dpinter@ncoselaw.org | matiasic@mjlawoffice.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **120441**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 01/28/21

Danielle Bianculli Pinter
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Danielle Bianculli Pinter** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 4, 2021

UNITED STATES MAGISTRATE JUDGE
*Judge Joseph C. Spero*

PRO HAC VICE APPLICATION & ORDER                                              October 2012