

# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

| | |
|---|---|
| **Joshua E. Doyle** | **850/561-5600** |
| **Executive Director** | **www.FLORIDABAR.org** |

State of Florida    )

County of Leon    )    In Re:  0077535
　　　　　　　　　　　　　　　Lisa Diane Haba
　　　　　　　　　　　　　　　The Haba Law Firm, P.A.
　　　　　　　　　　　　　　　1220 Commerce Park Dr Ste 207
　　　　　　　　　　　　　　　Longwood, FL 32779-5014

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **April 16, 2010**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 23rd day of **January**, 2021.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-119614