```
COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
101 California Street, 5th Floor
San Francisco, California  94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

LINH K. NGUYEN (305737)
(lknguyen@cooley.com)
JAMIE D. ROBERTSON (326003)
(jdrobertson@cooley.com)
4401 Eastgate Mall
San Diego, California  92121
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

Attorneys for Defendant
Twitter, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, A MINOR CHILD, BY AND THROUGH HIS NEXT FRIEND JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 3:21-cv-00485-JCS<br><br>**NOTICE OF APPEARANCE FOR KYLE C. WONG AS COUNSEL FOR DEFENDANT TWITTER, INC.** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendant Twitter, Inc. files this Notice of Appearance that Kyle C, Wong of the law firm Cooley LLP hereby enters his appearance as counsel of record for defendant Twitter, Inc. in the above-referenced matter. All pleadings, discovery, and other material should be served upon counsel at:

>Kyle C. Wong (kwong@cooley.com)
>Cooley LLP
>101 California Street, 5th Floor
>San Francisco, CA  94111-5800
>Telephone:     (415) 693-2000
>Facsimile:     (415) 692-2222

Dated:  February 5, 2021                    COOLEY LLP

                                            By: /s/ *Kyle C. Wong*
                                                    Kyle C. Wong

                                            *Attorney for Defendant*
                                            *Twitter, Inc.*