Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE, a minor child, by and through JANE DOE, next friend,

Plaintiff(s),

v.

Twitter, Inc.

Defendant(s).

Case No: 3:21-cv-00485

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Adam A. Haba, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: John Doe in the above-entitled action. My local co-counsel in this case is Paul Matiasic, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 1220 Commerce Park Dr, Ste 207<br>Longwood, FL 32779 | 4 Embarcadero Center, Ste 1400<br>San Francisco, CA 94111 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (844) 422-2529 | (415) 675-1089 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| lisahaba@habalaw.com | matiasic@mjlawoffice.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0071922.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/05/21

Adam A. Haba
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Adam A. Haba is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communications with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 8, 2021

Judge Joseph C. Spero
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                    *October 2012*