| | |
|---|---|
| 1 | COOLEY LLP |
| | MICHAEL G. RHODES (116127) |
| 2 | (rhodesmg@cooley.com) |
| | KYLE C. WONG (224021) |
| 3 | (kwong@cooley.com) |
| | 101 California Street, 5th Floor |
| 4 | San Francisco, California 94111-5800 |
| | Telephone: (415) 693-2000 |
| 5 | Facsimile: (415) 693-2222 |
| 6 | LINH K. NGUYEN (305737) |
| | (lknguyen@cooley.com) |
| 7 | JAMIE D. ROBERTSON (326003) |
| | (jdrobertson@cooley.com) |
| 8 | 4401 Eastgate Mall |
| | San Diego, California 92121 |
| 9 | Telephone: (858) 550-6000 |
| | Facsimile: (858) 550-6420 |

Attorneys for Defendant
Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, A MINOR CHILD, BY AND THROUGH HIS NEXT FRIEND JANE DOE, | Case No. 3:21-cv-00485-JCS |
| Plaintiff, | **NOTICE OF APPEARANCE FOR JAMIE D. ROBERTSON AS COUNSEL FOR DEFENDANT TWITTER, INC.** |
| v. | |
| TWITTER, INC., | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendant Twitter, Inc. files this Notice of Appearance that Jamie Robertson of the law firm Cooley LLP hereby enters her appearance as counsel of record for defendant Twitter, Inc. in the above-referenced matter. All pleadings, discovery, and other material should be served upon counsel at:

>	Jamie Robertson (jdrobertson@cooley.com)
>	Cooley LLP
>	4401 Eastgate Mall
>	San Diego, CA  92121
>	Telephone:	(858) 550-6000
>	Facsimile:	(858) 550-6420

Dated:  February 8, 2021				COOLEY LLP

						By: /s/ *Jamie D. Robertson*
						        Jamie D. Robertson

						*Attorney for Defendant*
						*Twitter, Inc.*