COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

LINH K. NGUYEN (305737)
(lknguyen@cooley.com)
JAMIE D. ROBERTSON (326003)
(jdrobertson@cooley.com)
4401 Eastgate Mall
San Diego, California 92121
Telephone:   (858) 550-6000
Facsimile:   (858) 550-6420

Attorneys for Defendant
Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, A MINOR CHILD, BY AND THROUGH HIS NEXT FRIEND JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 3:21-cv-00485-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER ON DEFENDANT'S RESPONSE TO THE COMPLAINT, CONSENT FOR AMENDED COMPLAINT, AND MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Judge:   Hon. Joseph C. Spero<br>Trial Date: Not yet set |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. & [PROPOSED] ORDER ON DEF'S
RESPONSE TO COMPL. AND MTD BRIEFING
SCHEDULE CASE NO. 3:21-CV-00485-JCS

Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, Plaintiff John Doe, by and through his next friend Jane Doe ("Plaintiff"), and Defendant Twitter, Inc. ("Defendant") (together, with Plaintiff, the "Parties"), hereby agree and stipulate that good cause exists to request an order from the Court extending Defendant's time to respond to the Complaint and adopting the below briefing schedule for Defendant's motion to dismiss the Complaint.

**RECITALS**

WHEREAS, Plaintiff filed the Complaint in the above-entitled action in U.S. District Court for the Northern District of California on January 20, 2021;

WHEREAS, the Complaint asserts eleven counts, including violation of the Trafficking Victims Protection Reauthorization Act, 18 U.S.C. §§ 1591 and 1595, violation of the duty to report child sexual abuse, 18 U.S.C. § 2258A, receipt and distribution of child pornography, 18 U.S.C. § 2252A, California products liability, negligence, gross negligence, negligence per se, negligent infliction of emotion distress, distribution of private sexually explicit materials, Cal. Civ. Code § 1708.85, intrusion into private affairs, invasion of privacy under the California Constitution, Article 1, Section 1;

WHEREAS, Defendant was served with the Complaint on January 22, 2021;

WHEREAS, Defendant's deadline to respond to the Complaint is February 12, 2021;

WHEREAS, under Civil Local Rule 6-1(a), the Parties may stipulate in writing, without a court order, to extend the time within which to answer or otherwise respond to the Complaint, provided the change will not alter any deadline already fixed by Court order;

WHEREAS, Defendant intends to file a motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b);

WHEREAS, the Parties have stipulated under Civil Local Rule 6-1(a) to a filing and briefing schedule for Defendant's motion to dismiss the Complaint as set forth below;

WHEREAS, given the number of counts at issue and breadth of claims asserted, the Parties agree that good cause exists for an extended briefing schedule to allow for a fuller and more orderly presentation of the arguments;

WHEREAS, a responsive amendment from Plaintiff may clarify the issues and expedite

their determination;

WHEREAS, the Parties agree they would each benefit from a lengthened briefing schedule;

WHEREAS, the Initial Case Management Conference in this matter is set for April 23, 2021;

WHEREAS, under Civil Local Rule 6-2(a), the Parties may stipulate in writing to request an order changing time that would affect the date of an event or deadline already fixed by Court order;

WHEREAS, under Federal Rule of Civil Procedure 15(a)(2), a party may amend its pleading with the written consent of the opposing party;

WHEREAS the Parties agree that this Stipulation shall constitute written consent for the purpose of an amended complaint responsive to Defendant's motion to dismiss;

WHEREAS, the Parties have conferred and agree that continuing the Case Management Conference will allow the Court the benefit of the full briefing of the issues of the case;

WHEREAS, the Parties have not previously requested an extension;

WHEREAS, the this modification would not affect the case schedule as none has been entered;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties hereto, through their undersigned counsel, as follows:

1. Defendants shall file and serve their motion to dismiss on or before March 10, 2021;

2. Plaintiff shall file and serve his opposition, or an amended complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure on or before April 7, 2021;

3. In the event that Plaintiff elects to oppose the motion to dismiss, Defendants shall file and serve their reply on or before April 28, 2021;

FURTHER, the Parties hereby stipulate and request that the hearing for Defendant's anticipated motion to dismiss the Complaint be scheduled for **June 4, 2021, at 9:30 AM by Zoom video** and that the Initial Case Management Conference also be scheduled for **June 4, 2021, at 9:30 AM by Zoom video** with an Initial Case Management Statement due by May 28, 2021;

**IT IS SO STIPULATED.**

Dated: February 10, 2021

COOLEY LLP

/s/ *Michael G. Rhodes*

Michael G. Rhodes (116127)
Kyle C. Wong (224021)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone: (415) 693-2000
Email: rhodesmg@cooley.com
Email: kwong@cooley.com

Linh K. Nguyen (305737)
Jamie D. Robertson (326003)
4401 Eastgate Mall
San Diego, California 92121
Telephone: (858) 550-6000
Email: lknguyen@cooley.com
Email: jdrobertson@cooley.com

*Attorneys for Defendant Twitter, Inc.*

Dated: February 10, 2021

THE MATIASIC FIRM, P.C.

/s/ *Paul A. Matiasic*

Paul A. Matiasic (226448)
Hannah E. Mohr (294193)
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 675-1089
Email: matiasic@mjlawoffice.com

*Attorneys for Plaintiff John Doe*

NATIONAL CENTER ON SEXUAL EXPLOITATION
Benjamin W. Bull (*Admitted Pro Hac Vice*)
Peter A. Gentala (*Admitted Pro Hac Vice*)
Danielle Bianculli Pinter (*Admitted Pro Hac Vice*)
Christen M. Prince (*Admitted Pro Hac Vice*)
1201 F St NW, Suite 200
Washington, D.C. 20004
Telephone: (202) 393-7245
Email: lawcenter@ncose.com

*Attorneys for Plaintiff John Doe*


THE HABA LAW FIRM, P.A.
Lisa D. Haba (*Admitted Pro Hac Vice*)
Adam A. Haba (*Admitted Pro Hac Vice*)
1220 Commerce Park Dr., Suite 207
Longwood, FL 32779
Telephone: (844) 422-2529
Email: lisahaba@habalaw.com
          adamhaba@habalaw.com

*Attorneys for Plaintiff John Doe*

### ATTESTATION

Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Kyle Wong hereby attests that concurrence in the filing of this document has been obtained.

Dated:  February 10, 2021                COOLEY LLP


                                          /s/ *Linh K. Nguyen*
                                          Linh K. Nguyen

                                          Attorneys for Defendant Twitter, Inc.


**PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.**

Dated: February 10, 2021                 _____
                                         HON. JOSEPH C. SPERO
                                         UNITED STATES CHIEF MAGISTRATE JUDGE