Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. **Your Name:*** | Hannah E. Mohr | 7. **Your Phone Number:** | (415) 675-1089 |
| 2. **Your Email Address: *** | mohr@mjlawoffice.com | 8. **Full Case Number (if applicable):** | 3:21-cv-00485-JCS |
| 3. **Receipt Number:*** | 0971-15467461 | 9. **Fee Type:*** | ☐ Attorney Admission<br>☑ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. **Transaction Date:*** | 01/20/2021 | | |
| 5. **Transaction Time:*** | 2:48 pm | | |
| 6. **Transaction Amount (Amount to be refunded):*** | $ 402.00 | | |

**10. Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- For a duplicate charge, provide the **correct** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

Duplicate filing fee charge. Credit card was charged twice for the $402 civil case filing fee in the Doe v. Twitter matter (3:21-cv-00485-JCS). The correct $402 payment was made at 14:59:07 and the correct Receipt Number is 0971-15467752.

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☑ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) | **APPROVED**<br>By Ana Banares at 4:16 pm, Feb 15, 2021 |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

## Plastic Card - Refund Detail

| | |
|---|---|
| Application Name: | CAND CM ECF |
| Pay.gov Tracking ID: | 26R13UJT |
| Agency Tracking ID: | 0971-15467461 |
| Payment Method: | Plastic Card |
| Transaction Type: | Refund |
| Current Date and Time: | 02/16/2021 05:40 PM ET |
| Transaction Amount: | $402.00 |
| Account Holder Name: | Paul Matiasic |
| Card Type: | Visa |
| Account Holder Name: | ************6169 |

**REVIEWED**
*By KwanC at 2:48 pm, Feb 16, 2021*