COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
101 California Street, 5th Floor
San Francisco, California  94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

LINH K. NGUYEN (305737)
(lknguyen@cooley.com)
JAMIE D. ROBERTSON (326003)
(jdrobertson@cooley.com)
4401 Eastgate Mall
San Diego, California  92121
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

Attorneys for Defendant
Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, A MINOR CHILD, BY AND THROUGH HIS NEXT FRIEND JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 3:21-cv-00485-JCS<br><br>**DECLARATION OF KYLE C. WONG IN SUPPORT OF DEFENDANT TWITTER, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Judge:    Hon. Joseph C. Spero<br>Trial Date: Not yet set |

I, Kyle C. Wong, declare as follows:

1. I am an attorney licensed to practice law in California and am special counsel at Cooley, LLP and counsel of record for Defendant Twitter, Inc. ("Twitter") in the above captioned matter. I make this declaration based on my personal knowledge of this matter and information I obtained following a reasonable investigation of the events described below. If called as a witness, I could and would testify competently to the matters stated herein.

2. **Exhibit 1** is a true and correct copy of an article entitled "Twitter says it's getting better at detecting abusive tweets without your help," published by the news website Vox on April 16, 2019, as the page appeared on March 10, 2021, and is publicly available on Vox's website at https://www.vox.com/2019/4/16/18410931/twitter-abuse-update-health-technology-harassment.

3. **Exhibit 2** is a true and correct copy of a report entitled "A healthier Twitter: Progress and more to do," published by Twitter on its online blog on April 16, 2019, as the page appeared on March 10, 2021, and is publicly available on Twitter's website at https://blog.twitter.com/en_us/topics/company/2019/health-update.html.

4. **Exhibit 3** is a true and correct copy of a report entitled "Rules Enforcement," published by Twitter on its website on January 11, 2021, as the page appeared on March 10, 2021, and is publicly available on Twitter's website at https://transparency.twitter.com/en/reports/rules-enforcement.html#2020-jan-jun.

5. **Exhibit 4** is a true and correct copy of the homepage of the Technology Coalition, which identifies Twitter (by its iconic logo) as one of the members of the Technology Coalition, as the page appeared on March 10, 2021, and is publicly available on the Technology Coalition website at https://www.technologycoalition.org/.

6. **Exhibit 5** is a true and correct copy of an announcement entitled "The Technology Coalition Announces Project Protect: A plan to Combat Online Child Sexual Abuse," posted by the Technology Coalition on its website on June 10, 2020, as the page appeared on March 10, 2021, and is publicly available on The Technology Coalition's website at https://www.technologycoalition.org/2020/05/28/a-plan-to-combat-online-child-sexual-abuse.

7. **Exhibit 6** is a true and correct copy of the @BrossStraight Twitter account as the

page appeared on March 10, 2021, which shows the account is suspended, and is publicly available on Twitter's website at https://twitter.com/BrossStraight/.

8. **Exhibit 7** is a true and correct copy of one of Twitter's policies entitled "Ban Evasion Policy," published by Twitter on its website and last updated in October 2020, as the page appeared on March 10, 2021, and is publicly available on Twitter's website at https://help.twitter.com/en/rules-and-policies/ban-evasion.

9. **Exhibit 8** is a true and correct copy of one of Twitter's policies entitled "Illegal or certain regulated goods or services," published by Twitter on its website and last updated in April 2019, as the page appeared on March 10, 2021, and is publicly available on Twitter's website at https://help.twitter.com/en/rules-and-policies/regulated-goods-services.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on March 10, 2021 in San Francisco, California.

Dated: March 10, 2021

/s/ *Kyle C. Wong*
Kyle C. Wong