# Exhibit 4

# The Technology Coalition

Fighting Child Sexual Abuse.

## THE TECHNOLOGY COALITION

### WHO WE ARE

The Technology Coalition was formed in 2006 and is comprised of tech industry leaders who are represented by individuals who specialize in online child safety issues. The members of the Technology Coalition are:

   

   

  

   



We seek to prevent and eradicate online child sexual exploitation and abuse (CSEA). We have invested in collaborating and sharing expertise with one another, because we recognize that we have the same goals and face many of the same challenges.



## Tech Innovation

Investing in accelerating the development and uptake of groundbreaking technology to support the cross-industry approach to thwarting CSEA.



## Collective Action

Bringing together industry, governments and civil society to drive collective action.



# Independent Research

Funding research to advance our understanding of the experiences and patterns of online CSEA and learn from effective efforts to help prevent, deter, and combat it.



## Information and Knowledge Sharing

Ensure high-impact information, expertise and knowledge sharing across the industry to disrupt and help prevent online CSEA.



## Transparency and Accountability

Driving greater accountability and consistency across industry by sharing collective insights through meaningful reporting of online CSEA across member platforms and services.

## INDUSTRY EVENTS

# TESTIMONIALS

Google is deeply committed to fighting the spread of CSAM and preventing our platforms from being used to share this kind of abhorrent content. We're proud of our long standing partnership with the Technology Coalition, and value the opportunity to work with our industry partners to ensure we develop and share ground breaking technological advancements. The Technology Coalition plays a vital role in the effort to make the internet a safer place for all of us.

Google

Facebook takes very seriously its responsibility to keep children safe on our platforms and to share back what we've learned to other companies. We are grateful for the support of the Tech Coalition because we know no one company can fight online child exploitation alone. Together with our industry partners we are able to develop and build practical ways to make the internet safer for our children.

Facebook

‹ ›

# CONTACT US

Interested in learning more about the Technology Coalition? Please contact us by filling out this form:

SEND



Copyright 2021 | The Technology Coalition

The Technology Coalition is funded by member companies and does not accept funding from any government agency or NCMEC.