# Exhibit 6

Profile

Search Twitter

@brossstraight

**Account suspended**

Twitter suspends accounts which violate the Twitter Rules

**What's happening**

COVID-19 · LIVE
**House votes to clear $1.9T COVID-19 relief bill**
Trending with #AmericanRescuePlan, Trump to Biden

UEFA Champions League · Trending
**Barcelona**

UEFA Champions League
PSG vs Barcelona

283K Tweets

Politics · Trending
**#StimulusChecks**
8,278 Tweets

COVID-19 · LIVE
**COVID-19: News and updates for California**

**BuzzFeed** · Yesterday
**23 details from "Titanic" that are just really, really interesting**

Show more

**Who to follow**

**Elon Musk** @elonmusk Follow

**Barack Obama** @BarackObama Follow

**iamcardib** @iamcardib Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2021 Twitter, Inc.

