UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, A MINOR CHILD, BY AND THROUGH HIS NEXT FRIEND JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendants. | Case No. 3:21-cv-00485-JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TWITTER, INC.'S MOTION TO DISMISS**<br><br>Hearing Date:   June 4, 2021<br>Hearing Time:  9:30 a.m.<br>Judge:   Honorable Joseph C. Spero |

Defendant Twitter, Inc.'s ("Twitter") Motion to Dismiss Plaintiff's Complaint (the "Motion to Dismiss") was heard on June 4, 2021 at 9:30 a.m. by this Court. Having considered all papers filed in support of and in opposition to the Motion to Dismiss, oral arguments of counsel, and all other pleadings and papers on file herein, the Court finds as follows:

1. Twitter is entitled to immunity from all of Plaintiff's claims pursuant to Section 230 of the Communications Decency Act, 47 U.S.C. § 230.

2. Plaintiff has also failed to state a claim for violation of 18 U.S.C. §1595, 18 U.S.C. § 2258A,

California products liability, negligence, gross negligence, negligence per se, and negligent infliction of emotional distress, and under Cal. Civ. Code § 1708.85.

Good cause appearing therefor, **IT IS HEREBY ORDERED** that Twitter's Motion to Dismiss is **GRANTED** and Plaintiff's Complaint is **DISMISSED** in its entirety **WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: _____   _____
The Hon. Joseph C. Spero
United States Magistrate Judge