COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:    (415) 693-2000
Facsimile:     (415) 693-2222

LINH K. NGUYEN (305737)
(lknguyen@cooley.com)
JAMIE D. ROBERTSON (326003)
(jdrobertson@cooley.com)
4401 Eastgate Mall
San Diego, California 92121
Telephone:    (858) 550-6000
Facsimile:     (858) 550-6420

Attorneys for Defendant
Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE #1 AND JOHN DOE #2<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 3:21-cv-00485-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER ON DEFENDANT TWITTER INC.'S RESPONSE TO THE FIRST AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Judge:     Hon. Joseph C. Spero<br>Trial Date: Not yet set |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. & [PROPOSED] ORDER ON DEF'S
RESPONSE TO FAC AND MTD BRIEFING
SCHEDULE CASE NO. 3:21-CV-00485-JCS

Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, Plaintiffs John Doe #1 and John Doe #2 ("Plaintiffs"), and Defendant Twitter, Inc. ("Defendant") (together, with Plaintiffs, the "Parties"), hereby agree and stipulate that good cause exists to request an order from the Court extending Defendant's time to respond to the First Amended Complaint ("FAC") and adopting the below briefing schedule for Defendant's motion to dismiss the Complaint.

## RECITALS

WHEREAS, the above-captioned action was first filed on January 20, 2021;

WHEREAS, the original Complaint asserted eleven counts, including violation of the Trafficking Victims Protection Reauthorization Act, 18 U.S.C. §§ 1591 and 1595, violation of the duty to report child sexual abuse, 18 U.S.C. § 2258A, receipt and distribution of child pornography, 18 U.S.C. § 2252A, California products liability, negligence, gross negligence, negligence per se, negligent infliction of emotion distress, distribution of private sexually explicit materials, Cal. Civ. Code § 1708.85, intrusion into private affairs, invasion of privacy under the California Constitution, Article 1, Section 1;

WHEREAS, the Parties requested an extended briefing schedule with respect to a motion to dismiss the Complaint, which was granted;

WHEREAS, Defendant filed its Motion to Dismiss Plaintiff's Complaint on March 10, 2021;

WHEREAS, Plaintiffs filed the First Amended Complaint on April 7, 2021;

WHEREAS, the FAC includes new factual allegations and asserts thirteen counts, including violation of the Trafficking Victims Protection Reauthorization Act, 18 U.S.C. §§ 1591(a)(1) and 1595; benefiting from a sex trafficking venture in violation of the Trafficking Victims Protection Act, 18 U.S.C. §§ 1591(a)(2) and 1595; violation of the duty to report child sexual abuse material, 18 U.S.C. §§ 2258A 2258B; civil remedies for personal injuries related to sex trafficking and receipt and distribution of child pornography, 18 U.S.C. §§ 1591, 2252A and 2255; California products liability, negligence, gross negligence, negligence per se, negligent infliction of emotional distress; distribution of private sexually explicit materials, Cal. Civ. Code § 1708.85; intrusion into private affairs; invasion of privacy under the California Constitution, Article 1, Section 1; violation

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIP. & [PROPOSED] ORDER ON DEF'S
RESPONSE TO FAC AND MTD BRIEFING
SCHEDULE CASE NO. 3:21-CV-00485-JCS

1   of business and professions code § 17200;

2         WHEREAS, under Civil Local Rules 6-1(b) and 6-2, the Parties may stipulate in writing to

3   request an order changing time that would affect the date of an event or deadline already fixed by

4   Court order;

5         WHEREAS, Defendant intends to file a motion to dismiss the FAC pursuant to Federal

6   Rule of Civil Procedure 12(b);

7         WHEREAS, the Parties have stipulated under Civil Local Rule 6-2 to a filing and briefing

8   schedule for Defendant's motion to dismiss the FAC as set forth below;

9         WHEREAS, given the number of counts at issue and breadth of claims asserted, the Parties

10  agree that good cause exists for an extended briefing schedule to allow for a fuller and more orderly

11  presentation of the arguments;

12        WHEREAS, the Parties agree they would each benefit from a lengthened briefing schedule;

13        WHEREAS, the Parties have not previously requested an extension with respect to a motion

14  to dismiss the FAC;

15        WHEREAS, the Initial Case Management Conference in this matter is set for June 4, 2021;

16        WHEREAS, the Parties have conferred and agree that continuing the Case Management

17  Conference will allow the Court the benefit of the full briefing of the issues of the case;

18        WHEREAS, the Parties have previously requested an extension on the Initial Case

19  Management Conference;

20        WHEREAS, this modification would not affect the case schedule as none has been entered;

21        NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties hereto,

22  through their undersigned counsel, as follows:

23        1.      Defendants shall file and serve their motion to dismiss on or before May 7,

24  2021;

25        2.      Plaintiffs shall file and serve their opposition on or before June 7, 2021;

26        3.      Defendants shall file and serve their reply on or before June 28, 2021;

27        FURTHER, the Parties hereby stipulate and request that the hearing for Defendant's

28  anticipated motion to dismiss the First Amended Complaint be scheduled for July 16, 2021 and that

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP. & [PROPOSED] ORDER ON DEF'S
RESPONSE TO FAC AND MTD BRIEFING
SCHEDULE CASE NO. 3:21-CV-00485-JCS

1  the Initial Case Management Conference also be scheduled for July 16, 2021, with an Initial Case

2  Management Statement due by July 9, 2021;

3

4  **IT IS SO STIPULATED.**

5

6  Dated: April 13, 2021                                          COOLEY LLP

7                                                                 /s/ *Michael G. Rhodes*
                                                                  _____
                                                                  Michael G. Rhodes (116127)

8                                                                 Kyle C. Wong (224021)

9                                                                 101 California Street, 5th Floor
                                                                  San Francisco, California  94111-5800

10                                                                Telephone: (415) 693-2000
                                                                  Email: rhodesmg@cooley.com

11                                                                Email: kwong@cooley.com

12                                                                Linh K. Nguyen (305737)

13                                                                Jamie D. Robertson (326003)
                                                                  4401 Eastgate Mall

14                                                                San Diego, California 92121

15                                                                Telephone: (858) 550-6000
                                                                  Email: lknguyen@cooley.com

16                                                                Email: jdrobertson@cooley.com

17                                                                *Attorneys for Defendant Twitter, Inc.*

18

19  Dated: April 13, 2021                                         THE MATIASIC FIRM, P.C.

20                                                                /s/ *Paul A. Matiasic*
                                                                  _____
21                                                                Paul A. Matiasic (226448)
                                                                  Hannah E. Mohr (294193)

22                                                                4 Embarcadero Center, Suite 1400
                                                                  San Francisco, CA 94111

23                                                                Telephone: (415) 675-1089
                                                                  Email: matiasic@mjlawoffice.com

24

25                                                                *Attorneys for Plaintiff John Doe*

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIP. & [PROPOSED] ORDER ON DEF'S
RESPONSE TO FAC AND MTD BRIEFING
SCHEDULE CASE NO. 3:21-CV-00485-JCS

1

2

3       NATIONAL CENTER ON SEXUAL
        EXPLOITATION

4       Benjamin W. Bull (*Admitted Pro Hac Vice*)
        Peter A. Gentala (*Admitted Pro Hac Vice*)

5       Danielle Bianculli Pinter (*Admitted Pro Hac
        Vice*)

6       Christen M. Prince (*Admitted Pro Hac Vice*)
        1201 F St NW, Suite 200

7       Washington, D.C. 20004
        Telephone: (202) 393-7245

8       Email: lawcenter@ncose.com

9
        *Attorneys for Plaintiff John Doe*

10

11      THE HABA LAW FIRM, P.A.

12      Lisa D. Haba (*Admitted Pro Hac Vice*)
        Adam A. Haba (*Admitted Pro Hac Vice*)

13      1220 Commerce Park Dr., Suite 207
        Longwood, FL 32779

14      Telephone: (844) 422-2529
        Email: lisahaba@habalaw.com

15              adamhaba@habalaw.com

16      *Attorneys for Plaintiff John Doe*

17

18                     **<u>ATTESTATION</u>**

19          *Filer's Attestation:   Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Linh*

20      *Nguyen hereby attests that concurrence in the filing of this document has been obtained.*

21      Dated:  April 13, 2021              COOLEY LLP

22

23                                 /s/ *Linh K. Nguyen*

24                                 Linh K. Nguyen

25                                 Attorneys for Defendant Twitter, Inc.

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

STIP. & [PROPOSED] ORDER ON DEF'S
RESPONSE TO FAC AND MTD BRIEFING
SCHEDULE CASE NO. 3:21-CV-00485-JCS

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    Dated: _____        _____

                                         HON. JOSEPH C. SPERO
4                                        UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

STIP. & [PROPOSED] ORDER ON DEF'S
RESPONSE TO FAC AND MTD BRIEFING
SCHEDULE CASE NO. 3:21-CV-00485-JCS