COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

LINH K. NGUYEN (305737)
(lknguyen@cooley.com)
JAMIE D. ROBERTSON (326003)
(jdrobertson@cooley.com)
4401 Eastgate Mall
San Diego, California 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Defendant
Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE #1 AND JOHN DOE #2,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>　　　　Defendant. | Case No. 3:21-cv-00485-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER AS MODIFIED ON DEFENDANT TWITTER INC.'S RESPONSE TO THE FIRST AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Judge:　Hon. Joseph C. Spero<br>Trial Date: Not yet set |

Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, Plaintiffs John Doe #1 and John Doe #2 ("Plaintiffs"), and Defendant Twitter, Inc. ("Defendant") (together, with Plaintiffs, the "Parties"), hereby agree and stipulate that good cause exists to request an order from the Court extending Defendant's time to respond to the First Amended Complaint ("FAC") and adopting the below briefing schedule for Defendant's motion to dismiss the Complaint.

## RECITALS

WHEREAS, the above-captioned action was first filed on January 20, 2021;

WHEREAS, the original Complaint asserted eleven counts, including violation of the Trafficking Victims Protection Reauthorization Act, 18 U.S.C. §§ 1591 and 1595, violation of the duty to report child sexual abuse, 18 U.S.C. § 2258A, receipt and distribution of child pornography, 18 U.S.C. § 2252A, California products liability, negligence, gross negligence, negligence per se, negligent infliction of emotion distress, distribution of private sexually explicit materials, Cal. Civ. Code § 1708.85, intrusion into private affairs, invasion of privacy under the California Constitution, Article 1, Section 1;

WHEREAS, the Parties requested an extended briefing schedule with respect to a motion to dismiss the Complaint, which was granted;

WHEREAS, Defendant filed its Motion to Dismiss Plaintiff's Complaint on March 10, 2021;

WHEREAS, Plaintiffs filed the First Amended Complaint on April 7, 2021;

WHEREAS, the FAC includes new factual allegations and asserts thirteen counts, including violation of the Trafficking Victims Protection Reauthorization Act, 18 U.S.C. §§ 1591(a)(1) and 1595; benefiting from a sex trafficking venture in violation of the Trafficking Victims Protection Act, 18 U.S.C. §§ 1591(a)(2) and 1595; violation of the duty to report child sexual abuse material, 18 U.S.C. §§ 2258A 2258B; civil remedies for personal injuries related to sex trafficking and receipt and distribution of child pornography, 18 U.S.C. §§ 1591, 2252A and 2255; California products liability, negligence, gross negligence, negligence per se, negligent infliction of emotional distress; distribution of private sexually explicit materials, Cal. Civ. Code § 1708.85; intrusion into private affairs; invasion of privacy under the California Constitution, Article 1, Section 1; violation

of business and professions code § 17200;

WHEREAS, under Civil Local Rules 6-1(b) and 6-2, the Parties may stipulate in writing to request an order changing time that would affect the date of an event or deadline already fixed by Court order;

WHEREAS, Defendant intends to file a motion to dismiss the FAC pursuant to Federal Rule of Civil Procedure 12(b);

WHEREAS, the Parties have stipulated under Civil Local Rule 6-2 to a filing and briefing schedule for Defendant's motion to dismiss the FAC as set forth below;

WHEREAS, given the number of counts at issue and breadth of claims asserted, the Parties agree that good cause exists for an extended briefing schedule to allow for a fuller and more orderly presentation of the arguments;

WHEREAS, the Parties agree they would each benefit from a lengthened briefing schedule;

WHEREAS, the Parties have not previously requested an extension with respect to a motion to dismiss the FAC;

WHEREAS, the Initial Case Management Conference in this matter is set for June 4, 2021;

WHEREAS, the Parties have conferred and agree that continuing the Case Management Conference will allow the Court the benefit of the full briefing of the issues of the case;

WHEREAS, the Parties have previously requested an extension on the Initial Case Management Conference;

WHEREAS, this modification would not affect the case schedule as none has been entered;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties hereto, through their undersigned counsel, as follows:

1. Defendants shall file and serve their motion to dismiss on or before May 7, 2021;

2. Plaintiffs shall file and serve their opposition on or before June 7, 2021;

3. Defendants shall file and serve their reply on or before June 28, 2021;

FURTHER, the Parties hereby stipulate and request that the hearing for Defendant's anticipated motion to dismiss the First Amended Complaint be scheduled for **July 30, 2021** and

that the Initial Case Management Conference also be scheduled for **July 30, 2021**, with an Initial Case Management Statement due by **July 23, 2021**. **These proceedings will be held by Zoom Webinar. Zoom Webinar ID: 161 926 0804. Passcode: 050855.**

**IT IS SO STIPULATED.**

Dated: April 14, 2021                               COOLEY LLP

/s/ *Michael G. Rhodes*
─────────────────────────
Michael G. Rhodes (116127)
Kyle C. Wong (224021)
101 California Street, 5th Floor
San Francisco, California  94111-5800
Telephone: (415) 693-2000
Email: rhodesmg@cooley.com
Email: kwong@cooley.com

Linh K. Nguyen (305737)
Jamie D. Robertson (326003)
4401 Eastgate Mall
San Diego, California 92121
Telephone: (858) 550-6000
Email: lknguyen@cooley.com
Email: jdrobertson@cooley.com

*Attorneys for Defendant Twitter, Inc.*

Dated: April 14, 2021                               THE MATIASIC FIRM, P.C.

/s/ *Paul A. Matiasic*
─────────────────────────
Paul A. Matiasic (226448)
Hannah E. Mohr (294193)
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 675-1089
Email: matiasic@mjlawoffice.com

*Attorneys for Plaintiff John Doe*

|   |   |
|---|---|
|   | NATIONAL CENTER ON SEXUAL EXPLOITATION<br>Benjamin W. Bull (*Admitted Pro Hac Vice*)<br>Peter A. Gentala (*Admitted Pro Hac Vice*)<br>Danielle Bianculli Pinter (*Admitted Pro Hac Vice*)<br>Christen M. Prince (*Admitted Pro Hac Vice*)<br>1201 F St NW, Suite 200<br>Washington, D.C. 20004<br>Telephone: (202) 393-7245<br>Email: lawcenter@ncose.com<br><br>*Attorneys for Plaintiff John Doe*<br><br>THE HABA LAW FIRM, P.A.<br>Lisa D. Haba (*Admitted Pro Hac Vice*)<br>Adam A. Haba (*Admitted Pro Hac Vice*)<br>1220 Commerce Park Dr., Suite 207<br>Longwood, FL 32779<br>Telephone: (844) 422-2529<br>Email: lisahaba@habalaw.com<br>            adamhaba@habalaw.com<br><br>*Attorneys for Plaintiff John Doe* |

**ATTESTATION**

    *Filer's Attestation:*  Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Linh Nguyen hereby attests that concurrence in the filing of this document has been obtained.

Dated:  April 13, 2021          COOLEY LLP


                                /s/ *Linh K. Nguyen*
                                Linh K. Nguyen

                                Attorneys for Defendant Twitter, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.**

Dated: April 14, 2021

_____
HON. JOSEPH C. SPERO
UNITED STATES CHIEF MAGISTRATE JUDGE