UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE, et al.,

          Plaintiffs,

v.

TWITTER, INC.,

          Defendant.

Case No. 21-cv-00485-JCS

**ORDER DENYING MOTION TO DISMISS AS MOOT**

Re: Dkt. No. 38

Defendant has filed a Motion to Dismiss in this action. Instead of opposing the motion, Plaintiff has filed an amended complaint. Accordingly, the Motion to Dismiss is DENIED as moot.

**IT IS SO ORDERED.**

Dated: April 22, 2021

JOSEPH C. SPERO
Chief Magistrate Judge