# Exhibit 4



TECHNOLOGY COALITION    VISION    INDUSTRY EVENTS    TESTIMONIALS    NEWS    CAREERS    CONTACT US

# The Technology Coalition

Fighting Child Sexual Abuse.

## THE TECHNOLOGY COALITION

### WHO WE ARE

The Technology Coalition was formed in 2006 and is comprised of tech industry leaders who are represented by individuals who specialize in online child safety issues. The members of the Technology Coalition are:

     
    
   
  

### OUR VISION

We seek to prevent and eradicate online child sexual exploitation and abuse (CSEA). We have invested in collaborating and sharing expertise with one another, because we recognize that we have the same goals and face many of the same challenges.

  

### Tech Innovation

Investing in accelerating the development and uptake of groundbreaking technology to support the cross-industry approach to thwarting CSEA.

### Collective Action

Bringing together industry, governments and civil society to drive collective action.

### Independent Research

Funding research to advance our understanding of the experiences and patterns of online CSEA and learn from effective efforts to help prevent, deter, and combat it.

 

### Information and Knowledge Sharing

Ensure high-impact information, expertise and knowledge sharing across the industry to disrupt and help prevent online CSEA.

### Transparency and Accountability

Driving greater accountability and consistency across industry by sharing collective insights through meaningful reporting of online CSEA across member platforms and services.

## INDUSTRY EVENTS



We regularly host events for the tech industry at-large to discuss topics related to fighting online child sexual exploitation, including a Policy and Legal Forum and an Engineering Summit. In addition, we are the sole host of the "Tech Track" at the Dallas Crimes Against Children Conference, one of the largest conferences of its kind in the world. If you are interested in learning



more or in getting involved, please send us a note by using the 'Contact Us' section of this website.

## TESTIMONIALS

Facebook takes very seriously its responsibility to keep children safe on our platforms and to share back what we've learned to other companies. We are grateful for the support of the Tech Coalition because we know no one company can fight online child exploitation alone. Together with our industry partners we are able to develop and build practical ways to make the internet safer for our children.

**Facebook**

When it comes to a cross-industry space to navigate the challenges of fighting child sexual exploitation, there is simply no alternative that compares to the community found among our colleagues within the Technology Coalition. We are able to share our challenges and our successes with this group and we are met by the people from across the Tech Industry who are willing to support us and join us in our fight against child sexual exploitation.
#TheyDidn'tPlanOnUs

**Twitter**

Adobe is a proud member of the Technology Coalition and we believe in its mission-critical work to bring industry members together to help combat online child sexual exploitation. We are committed to collaborating with other industry partners to drive technological, policy, and operational advancements that may prevent future harm to children and the broader online community.

**Adobe**



# CONTACT US

Interested in learning more about the Technology Coalition? Please contact us by filling out this form:



Your Full Name*

Your Email*

Organization

Your Phone*

