**Exhibit 8**



Help Center    Help topics    Guides    Contact us

Using Twitter ⌄

Managing your account ⌄

Safety and security ⌄

Rules and policies ⌃

Twitter Rules and policies

General guidelines and policies

Law enforcement guidelines

Research and experiments

Help Center › General guidelines and policies › Illegal or certain regulated goods or services

# Illegal or certain regulated goods or services

## Overview

April 2019

**You may not use our service for any unlawful purpose or in furtherance of illegal activities. This includes selling, buying, or facilitating transactions in illegal goods or services, as well as certain types of regulated goods or services.**

Twitter takes the safety of our users seriously. In an effort to address the potential for real-world harm, we do not allow the use of Twitter for any unlawful behavior or to further illegal activities. This includes selling, buying, or facilitating transactions in illegal goods or services, as well as certain types of regulated goods or services. In some cases, we may ask you to contact a law enforcement agency and have them contact us via our law enforcement request page to ensure we have enough context to enforce this policy. In addition to reports received, we proactively surface activity that may violate this policy for human review.

Goods or services covered under this policy include, but are not limited to:

- counterfeit goods and services*;

- drugs and controlled substances;

- human trafficking;

- products made from endangered or protected species;

- sexual services;

- stolen goods; and

- weapons, including firearms, ammunition, and explosives, and instructions on making weapons (e.g. bombs, 3D printed guns, etc.)

*Learn more about our counterfeit policy.

## What happens if you violate this policy?

The consequences for violating this policy depends on the severity of the violation and the account's previous history of violations.

If you violate this policy more than once and/or if your account is dedicated to the sale of illegal or regulated goods and/or services, your account may be suspended permanently.

Accounts that appear to be using misleading account information in order to engage in spamming, abusive, or disruptive behavior to promote the sale of illegal and regulated goods and/or services may be subject to suspension under our platform manipulation and spam policy.

If you believe that your account was suspended in error, you can submit an appeal.

## Additional resources

Feedback

Learn more about our range of enforcement options and our approach to policy development and enforcement.

## Bookmark or share this article



## Was this article helpful?*

  



Submit

↑ Scroll to top

| Twitter platform | Twitter, Inc. | Help | Developer resources | Business resources |
|---|---|---|---|---|
| Twitter.com | About the company | Help Center | Developer home | Advertise |
| Status | Twitter for Good | Using Twitter | Documentation | Twitter for business |
| Card validator | Company news | Twitter Media | Forums | Resources and guides |
| Privacy Center | Brand toolkit | Ads Help Center | Communities | Twitter for marketers |
| Transparency Center | Jobs and internships | Managing your account | Developer blog | Marketing insights |
| | Investors | Safety and security | Engineering blog | Brand inspiration |
| | | Rules and policies | Developer terms | Twitter Data |
| | | Contact us | | Twitter Flight School |

© 2021 Twitter, Inc.    Cookies    Privacy    Terms and conditions    English ⌄