UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE #1 AND JOHN DOE #2,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TWITTER, INC.,<br><br>　　　　Defendant. | Case No. 3:21-cv-00485-JCS<br><br>**[Proposed] Order Granting Defendant Twitter, Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint**<br><br>Hearing Date:　July 30, 2021<br>Hearing Time:　9:30 a.m.<br>Judge:　Honorable Joseph C. Spero |

Defendant Twitter, Inc.'s ("Twitter") Motion to Dismiss Plaintiffs' First Amended Complaint (the "Motion to Dismiss") was heard on July 30, 2021 at 9:30 a.m. by this Court. Having considered all papers filed in support of and in opposition to the Motion to Dismiss, oral arguments of counsel, and all other pleadings and papers on file herein, the Court finds as follows:

1. Twitter is entitled to immunity from all of Plaintiffs' claims pursuant to Section 230 of the Communications Decency Act, 47 U.S.C. § 230.

2. Plaintiffs have also failed to state a claim for violation of 18 U.S.C. § 1595, 18 U.S.C. §§ 2258A & 2258B, California products liability, negligence, gross negligence, negligence

per se, and negligent infliction of emotional distress, Cal. Civ. Code § 1708.85, and under Bus. & Prof. Code § 17200.

Good cause appearing therefor, **IT IS HEREBY ORDERED** that Twitter's Motion to Dismiss is **GRANTED** and Plaintiffs' First Amended Complaint is **DISMISSED** in its entirety **WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: _____       _____

The Hon. Joseph C. Spero
United States Magistrate Judge