COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone: (415) 693-2000
Facsimile:  (415) 693-2222

LINH K. NGUYEN (305737)
(lknguyen@cooley.com)
JAMIE D. ROBERTSON (326003)
(jdrobertson@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420

Attorneys for Defendant
Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE #1 AND JOHN DOE #2,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No.  3:21-cv-00485-JCS<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Judge: Honorable Joseph C. Spero |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, effective June 7, 2021, Cooley LLP will have relocated its San Francisco office as shown below:

Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004

PLEASE TAKE FURTHER NOTICE that our firm's telephone and facsimile numbers and e-mail addresses remain the same.

All notices and other documents regarding this action should be sent to the above address as of June 7, 2021.

Dated: June 1, 2021                    COOLEY LLP

                                        By:     /s/ Michael G. Rhodes
                                                    Michael G. Rhodes

                                        Attorneys for Defendant Twitter, Inc.

250719427 v1