COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone: (415) 693-2000
Facsimile:  (415) 693-2222

LINH K. NGUYEN (305737)
(lknguyen@cooley.com)
JAMIE D. ROBERTSON (326003)
(jdrobertson@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420

Attorneys for Defendant
Twitter, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE #1 AND JOHN DOE #2, | Case No.  3:21-cv-00485-JCS |
| Plaintiffs, | |
| v. | **NOTICE OF CHANGE OF ADDRESS** |
| TWITTER, INC., | Judge: Honorable Joseph C. Spero |
| Defendant. | |

1  TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL

2  OF RECORD:

3      PLEASE TAKE NOTICE that, effective June 7, 2021, Cooley LLP will have

4  relocated its San Francisco office as shown below:

Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004

8      PLEASE TAKE FURTHER NOTICE that our firm's telephone and facsimile

numbers and e-mail addresses remain the same.

All notices and other documents regarding this action should be sent to the

above address as of June 7, 2021.

Dated:  June 1, 2021                COOLEY LLP


By:_____/s/ Kyle C. Wong_____
            Kyle C. Wong

Attorneys for Defendant Twitter, Inc.

250720872 v1

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO