**[~~PROPOSED~~] ORDER**

THE COURT FINDS that it is reasonable and necessary that Plaintiffs JOHN DOE #1 and JOHN DOE #2 file an opposition to Defendant's Motion to Dismiss that exceeds the 25-page limit set forth in Local Rule 7-3(a).

THE COURT ORDERS that Plaintiffs be allowed an additional ten (10) pages for Plaintiffs' opposition memorandum of law to Defendant's Motion to Dismiss. Plaintiffs' opposition memorandum of law shall not exceed 35 pages.

Dated: June 7, 2021

_____
Judge of the United States District Court
Joseph C. Spero