UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>TWITTER, INC.,<br><br>        Defendant. | Case No. 21-cv-00485-JCS<br><br>**ORDER TO EXCEED PAGE LIMITS FOR REPLY BRIEF** |

IT IS HEREBY ORDERED that Defendant Twitter may have up to twenty-one (21) pages for their reply brief on their Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: June 7, 2021

_____
JOSEPH C. SPERO
Chief Magistrate Judge