Kelly M. Dermody (Cal. Bar No. 171716)
kdermody@lchb.com
Michelle A. Lamy (Cal. Bar No. 308174)
mlamy@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone: 415-956-1000
Facsimile: 415-956-1008

*Attorneys for Amici Curiae*
*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE #1 AND JOHN DOE #2,<br><br>        Plaintiffs,<br><br>v.<br><br>TWITTER, INC.,<br><br>        Defendants. | Case No. 3:21-cv-00485-JCS<br><br>**ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE ANTI-TRAFFICKING ORGANIZATIONS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT TWITTER INC.'S MOTION TO DISMISS**<br><br>Date:     July 30, 2021<br>Time:    9:30 a.m.<br>Judge:   Hon. Joseph C. Spero |

1    Amici Curiae 3Strands Global Foundation, AACI, Bay Area Anti-Trafficking Coalition,

2  Bridge Network, Children's Advocacy Institute, Coalition Against Trafficking in Women,

3  Community Solutions, Frederick Douglass Family Initiatives, Human Rights for Kids, Love

4  Never Fails, Organization for Social Media Safety, Rights4Girls, and World Without Exploitation

5  (collectively, "Amici") respectfully move for leave to file an amici curiae brief in the above-

6  captioned matter.  Plaintiffs consent to and Defendant takes no position on Amici's motion.  A

7  copy of the proposed amici curiae brief and a proposed order are attached as Exhibits A and B to

8  this motion, respectively.

9    "District courts have broad discretion to appoint amici curiae." *Levin Richmond Terminal*

10  *Corp. v. City of Richmond*, 482 F. Supp. 3d 944, 951 n.1 (N.D. Cal. 2020) (citing *Hoptowit v.*

11  *Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982)).  There are "no strict prerequisites that must be

12  established prior to qualifying for amicus status." *California by & through Becerra v. United*

13  *States Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019).  Rather, "an individual

14  seeking to appear as amicus must merely make a showing that his participation is useful or

15  otherwise desirable to the court." *Id.*  Here, Amici bring decades of experience in education,

16  advocacy, and direct services for survivors of human trafficking.  Their specific interests are

17  detailed in the Statements of Interest that precede the proposed amici curiae brief.  Amici are

18  experts on the devastation caused by online sexual exploitation, on the ways in which online

19  platforms like Twitter exacerbate this abuse, and on the measures Congress has taken to end it by

20  holding companies like Twitter accountable—topics that bear directly on the motion to dismiss

21  currently pending before the Court.  In addition, Amici recognize the significant hurdles that

22  survivors face in coming forward.  These conditions make it even more critical that trial courts

23  have the benefit of experts in the field at an early stage, to ensure that the development of law

24  does not undermine the willingness of future survivors to enforce their rights.

25    Accordingly, Amici respectfully request leave to file the proposed amici curiae brief,

26  attached hereto as Exhibit A.

27

28

Dated: June 17, 2021                    Respectfully submitted,

                                         By: /s/ *Kelly M. Dermody*
_____

                                              Kelly M. Dermody (Cal. Bar No. 171716)
                                              kdermody@lchb.com
                                              Michelle A. Lamy (Cal. Bar No. 308174)
                                              mlamy@lchb.com
                                              Lieff Cabraser Heimann & Bernstein, LLP
                                              275 Battery Street, 29th Floor
                                              San Francisco, CA  94111
                                              Telephone: 415-956-1000
                                              Facsimile: 415-956-1008

                                              Maggy Krell (Cal. Bar No. 226675)
                                              maggykrell@gmail.com
                                              James Dold
                                              jdold@humanrightsforkids.org
                                              Suzanne LaPierre
                                              slapierre@humanrightsforkids.org
                                              Human Rights for Kids
                                              P.O. Box 5960
                                              Washington, DC 20016
                                              Telephone: (202) 573-7758

                                              Jessica Heldman (Cal. Bar No. 277761)
                                              jheldman@sandiego.edu
                                              Melanie Delgado (Cal. Bar No. 244131)
                                              mdelgado@sandiego.edu
                                              Children's Advocacy Institute
                                              5998 Alcala Park
                                              San Diego, CA 92110
                                              Telephone: 619-260-4806
                                              Facsimile: 619-260-4753

                                              *Attorneys for Amici Curiae*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receives CM/ECF notification.


DATED this 17th day of June 2021   By:      */s/ Kelly M. Dermody*
                                                      Kelly M. Dermody

2257578.1