# EXHIBIT B

1

2

3

4

5

6

7

8

9

10

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14

15   JOHN DOE #1 AND JOHN DOE #2,            Case No. 3:21-cv-00485-JCS

16                    Plaintiffs,            **[PROPOSED] ORDER GRANTING**
                                             **ADMINISTRATIVE MOTION FOR**
17   v.                                      **LEAVE TO FILE BRIEF OF AMICI**
                                             **CURIAE ANTI-TRAFFICKING**
18   TWITTER, INC.,                          **ORGANIZATIONS IN SUPPORT OF**
                                             **PLAINTIFFS' OPPOSITION TO**
19                    Defendants.            **DEFENDANT TWITTER INC.'S MOTION**
                                             **TO DISMISS**
20

21

22

23

24

25

26

27

28

2257588.1

1        Amici Curiae 3Strands Global Foundation, AACI, Bay Area Anti-Trafficking Coalition,

2   Bridge Network, Children's Advocacy Institute, Coalition Against Trafficking in Women,

3   Community Solutions, Frederick Douglass Family Initiatives, Human Rights for Kids, Love

4   Never Fails, Organization for Social Media Safety, Rights4Girls, and World Without Exploitation

5   (collectively, "Amici") move for leave to file an amici curiae brief in the above-captioned matter.

6        After full consideration of Amici's motion, and good cause established, the Court

7   GRANTS the motion and ORDERS that the brief attached as Exhibit A to the motion be deemed

8   filed on the docket for this matter.

9

10      **IT IS SO ORDERED.**

11

12  DATED _____ 2021      By: _____

13                                 The Honorable Joseph C. Spero
                                   Chief Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28