UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE #1 AND JOHN DOE #2,<br><br>  Plaintiffs,<br><br>v.<br><br>TWITTER, INC.,<br><br>  Defendants. | Case No. 3:21-cv-00485-JCS<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE ANTI-TRAFFICKING ORGANIZATIONS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT TWITTER INC.'S MOTION TO DISMISS** |

Amici Curiae 3Strands Global Foundation, AACI, Bay Area Anti-Trafficking Coalition, Bridge Network, Children's Advocacy Institute, Coalition Against Trafficking in Women, Community Solutions, Frederick Douglass Family Initiatives, Human Rights for Kids, Love Never Fails, Organization for Social Media Safety, Rights4Girls, and World Without Exploitation (collectively, "Amici") move for leave to file an amici curiae brief in the above-captioned matter.

After full consideration of Amici's motion, and good cause established, the Court GRANTS the motion. **IT IS HEREBY ORDERED** that the brief attached as Exhibit A to the motion **shall be filed by Amici Curiae 3Strands, et al., by June 23, 2021.**

**IT IS SO ORDERED AS MODIFIED.**

DATED June 21, 2021     By: _____
The Honorable Joseph C. Spero
Chief Magistrate Judge