**NATIONAL CENTER ON
SEXUAL EXPLOITATION**
Benjamin W. Bull*
Peter A. Gentala*
Danielle Bianculli Pinter*
Christen M. Price*
1201 F ST NW, Suite 200
Washington, D.C., 20004
Telephone: (202) 393-7245
lawcenter@ncose.com

**THE HABA LAW FIRM, P.A.**
Lisa D. Haba*
Adam A. Haba*
1220 Commerce Park Dr., Suite 207
Longwood, FL 32779
Telephone: (844) 422-2529
lisahaba@habalaw.com
adamhaba@habalaw.com

**THE MATIASIC FIRM, P.C.**
Paul A. Matiasic (SBN 226448)
Hannah E. Mohr (SBN 294193)
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 675-1089
matiasic@mjlawoffice.com

*Attorneys for Plaintiffs*
**Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE #1 AND JOHN DOE #2,<br><br>Plaintiffs,<br><br>vs.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 3:21-cv-00485-JCS<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISIONS RELEVANT TO DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Hearing Scheduled: August 6, 2021 |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Plaintiffs John Doe #1 and John Doe #2 respectfully submit this Statement of Recent Decisions pursuant to Civil Local Rule 7-3(d)(2) in connection with their Opposition to Defendant Twitter, Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint ("Opposition to Defendant's Motion") (ECF 55).

Attached as **Exhibit A** is a true and correct copy of *In Re Facebook, Inc. and Facebook, Inc. d/b/a Instagram, Relators*, No. 20-0434, 2021 WL 2603687, (Tex. June 25, 2021). In this decision, issued after Plaintiffs filed their Opposition to Defendant's Motion, the Texas Supreme Court addresses the propriety of dismissing state sex-trafficking claims, as well as other common law claims, on the basis of 47 U.S.C. § 230.

Attached as **Exhibit B** is a true and correct copy of *Gonzalez v. Google LLC*, 2 F.4th 871, 2021 WL 2546675 (9th Cir. June 22, 2021). In this decision, issued after Plaintiffs filed their Opposition to Defendant's Motion, the Ninth Circuit Court of Appeals addresses the dismissal of Anti-Terrorism Act claims on the basis of 47 U.S.C. § 230.

Defendant's Motion to Dismiss (ECF 48) is scheduled for hearing on August 6, 2021.

Respectfully submitted this 14th day of July, 2021.

By:   /s/ *Paul A. Matiasic*
Paul A. Matiasic
Hannah E. Mohr
**THE MATIASIC FIRM, P.C.**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 675-1089
matiasic@mjlawoffice.com

Lisa D. Haba*
Adam A. Haba*
**THE HABA LAW FIRM, P.A.**
1220 Commerce Park Dr., Suite 207
Longwood, FL 32779
Telephone: (844) 422-2529
*lisahaba@habalaw.com*
*adamhaba@habalaw.com*

Benjamin W. Bull*
Peter A. Gentala*
Dani Bianculli Pinter*
Christen M. Price*
**NATIONAL CENTER ON SEXUAL EXPLOITATION**
1201 F Street, NW, Suite 200
Washington, D.C. 20004
Telephone: (202) 393-7245
*lawcenter@ncose.com*

***Attorneys for Plaintiffs***

**Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email address denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of July, 2021.

      /s/ *Hannah E. Mohr*
Paul A. Matiasic
Hannah E. Mohr
**THE MATIASIC FIRM, P.C.**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 675-1089
*matiasic@mjlawoffice.com*