1   COOLEY LLP
    MICHAEL G. RHODES (116127)
2   (rhodesmg@cooley.com)
    KYLE C. WONG (224021)
3   (kwong@cooley.com)
    101 California Street, 5th Floor
4   San Francisco, CA 94111-5800
    Telephone:    (415) 693-2000
5   Facsimile:    (415) 693-2222

6   LINH K. NGUYEN (305737)
    (lknguyen@cooley.com)
7   JAMIE D. ROBERTSON (326003)
    (jdrobertson@cooley.com)
8   4401 Eastgate Mall
    San Diego, California 92121
9   Telephone:    (858) 550-6000
    Facsimile:    (858) 550-6420

10

11  Attorneys for Defendant
    TWITTER, INC.

12

13          UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

14                              SAN FRANCISCO DIVISION

15

16  JOHN DOE #1 AND JOHN DOE #2,              Case No. 3:21-cv-00485-JCS

17                 Plaintiffs,                **DEFENDANT TWITTER, INC.'S DISCLOSURE
                                              STATEMENT AND CERTIFICATION OF
18          v.                                INTERESTED ENTITIES OR PERSONS UNDER
                                              FRCP 7.1 AND CIVIL L.R. 3-15**
19  TWITTER, INC.,
                                              Judge:     Honorable Joseph C. Spero
20                 Defendants.

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, by its undersigned counsel,

2  Defendant Twitter, Inc. ("Twitter") hereby states as follows:

3    Twitter is a publicly held corporation.  Twitter does not have any parent corporation.  No

4  publicly held corporation owns 10 percent or more of Twitter's stock.

5    Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the

6  named parties, there is no such interest to report.

7

8  Dated: July 23, 2021                          COOLEY LLP

9

10                                               By: */s/ Kyle C. Wong*
                                                     Kyle C. Wong
11

12                                               *Attorneys for Defendant*
                                                 *Twitter, Inc.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEF. TWITTER, INC.'S DISCLOSURE STATEMENT
AND CERTIFICATE OF INTERESTED PARTIES
Case No. 3:21-cv-00485-JCS