**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**ZOOM CIVIL MINUTE ORDER**

| **Case No.:** 21-cv-00485-JCS | **Case Name:** Doe v. Twitter, Inc. | |
|---|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: August 6, 2021 | **Time:** 9:39-10-54 (1 H 15 M) |

**Attorney for Plaintiff:** Lisa Haba, Paul Matiasic, Peter Gentala, Hannah Mohr
**Attorney for Defendant:** Michael Rhodes, Kyle Wong

**Deputy Clerk:** Karen Hom              **Court Reporter:** Katherine Sullivan

**ZOOM WEBINAR PROCEEDINGS**

1. Motion to Dismiss [dkt 48] - Submitted
2. Initial Case Mgmt Conference – Held (10:49-10:54)

**ORDERED AFTER HEARING**

Updated case mgmt. conference statement due 10/29/2021.

**CASE CONTINUED TO:**   11/5/2021 at 2:00 PM for a further case management conference by Zoom.  Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.

**Order to be prepared by:**
  [ ]  Plaintiff          [ ]  Defendant          [X]  Court