COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

LINH K. NGUYEN (305737)
(lknguyen@cooley.com)
JAMIE D. ROBERTSON (326003)
(jdrobertson@cooley.com)
4401 Eastgate Mall
San Diego, California 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Defendant
Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE #1 AND JOHN DOE #2,<br><br>             Plaintiffs,<br><br>     v.<br><br>TWITTER, INC.,<br><br>             Defendant. | Case No. 3:21-cv-00485-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER ON DEFENDANT TWITTER INC.'S ANSWER TO THE FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Joseph C. Spero<br>Trial Date: Not yet set |

Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, Plaintiffs John Doe #1 and John Doe #2 ("Plaintiffs"), and Defendant Twitter, Inc. ("Twitter") (together, with Plaintiffs, the "Parties"), hereby agree and stipulate that good cause exists to request an order from the Court extending Defendant's time to answer the First Amended Complaint ("FAC").

**RECITALS**

WHEREAS, the above-captioned action was first filed on January 20, 2021;

WHEREAS, Plaintiffs filed the FAC on April 7, 2021;

WHEREAS, the Court granted in part and denied in part Twitter's motion to dismiss the First Amended Complaint on August 19, 2021;

WHEREAS, Twitter's answer to the FAC is currently due on September 2, 2021;

WHEREAS, the FAC contains 235 paragraphs of detailed factual allegations and is 55 pages long;

WHEREAS, counsel for Twitter has previously scheduled vacations during Twitter's response time;

WHEREAS, Twitter has requested, and Plaintiffs have consented to, a two-week extension for Twitter's answer to the FAC;

WHEREAS, the Parties have not previously requested an extension with respect to Twitter's answer to the FAC;

WHEREAS, under Civil Local Rules 6-1(b) and 6-2(a), the Parties may stipulate in writing to request an order changing time that would involve papers required to be filed with the Court other than an initial response to a complaint;

WHEREAS, the Parties have previously requested and the Court has granted an extension on the Initial Case Management Conference and a stipulated briefing schedule on Twitter's motion to dismiss the FAC;

WHEREAS, a further Case Management Conference in this matter is set for November 5, 2021;

WHEREAS, the requested extension does not affect a hearing or proceeding on the Court's calendar;

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIP. & [PROPOSED] ORDER ON DEF'S
ANSWER TO FAC
CASE NO. 3:21-CV-00485-JCS

WHEREAS, this modification would not affect the case schedule as none has been entered;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties hereto, through their undersigned counsel, as follows: Twitter shall file and serve its answer to the First Amended Complaint on or before September 16, 2021.

**IT IS SO STIPULATED.**

| Dated: August 31, 2021 | COOLEY LLP |
|---|---|
| | /s/ *Michael G. Rhodes* |
| | Michael G. Rhodes (116127) |
| | Kyle C. Wong (224021) |
| | 101 California Street, 5th Floor |
| | San Francisco, California 94111-5800 |
| | Telephone: (415) 693-2000 |
| | Email: rhodesmg@cooley.com |
| | Email: kwong@cooley.com |
| | |
| | Linh K. Nguyen (305737) |
| | Jamie D. Robertson (326003) |
| | 4401 Eastgate Mall |
| | San Diego, California 92121 |
| | Telephone: (858) 550-6000 |
| | Email: lknguyen@cooley.com |
| | Email: jdrobertson@cooley.com |
| | |
| | *Attorneys for Defendant Twitter, Inc.* |
| Dated: August 31, 2021 | THE MATIASIC FIRM, P.C. |
| | /s/ *Paul Matiasic* |
| | Paul A. Matiasic (226448) |
| | Hannah E. Mohr (294193) |
| | 4 Embarcadero Center, Suite 1400 |
| | San Francisco, CA 94111 |
| | Telephone: (415) 675-1089 |
| | Email: matiasic@mjlawoffice.com |
| | |
| | *Attorneys for Plaintiffs* |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP. & [PROPOSED] ORDER ON DEF'S
ANSWER TO FAC
CASE NO. 3:21-CV-00485-JCS

|   |   |
|---|---|
| 1 | NATIONAL CENTER ON SEXUAL EXPLOITATION |
| 2 | Benjamin W. Bull (*Admitted Pro Hac Vice*) |
| 3 | Peter A. Gentala (*Admitted Pro Hac Vice*) |
|   | Danielle Bianculli Pinter (*Admitted Pro Hac Vice*) |
| 4 | Christen M. Prince (*Admitted Pro Hac Vice*) |
| 5 | 1201 F St NW, Suite 200 |
|   | Washington, D.C. 20004 |
| 6 | Telephone: (202) 393-7245 |
| 7 | Email: lawcenter@ncose.com |

*Attorneys for Plaintiffs*

THE HABA LAW FIRM, P.A.
Lisa D. Haba (*Admitted Pro Hac Vice*)
Adam A. Haba (*Admitted Pro Hac Vice*)
1220 Commerce Park Dr., Suite 207
Longwood, FL 32779
Telephone: (844) 422-2529
Email: lisahaba@habalaw.com
        adamhaba@habalaw.com

*Attorneys for Plaintiffs*

## ATTESTATION

    *Filer's Attestation:* Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Linh Nguyen hereby attests that concurrence in the filing of this document has been obtained.

Dated: August 31, 2021           COOLEY LLP


                                 /s/ *Linh Nguyen*
                                 Linh K. Nguyen

                                 Attorneys for Defendant Twitter, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____
                                 HON. JOSEPH C. SPERO
                                 UNITED STATES MAGISTRATE JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIP. & [PROPOSED] ORDER ON DEF'S
ANSWER TO FAC
CASE NO. 3:21-CV-00485-JCS