```
COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

LINH K. NGUYEN (305737)
(lknguyen@cooley.com)
JAMIE D. ROBERTSON (326003)
(jdrobertson@cooley.com)
4401 Eastgate Mall
San Diego, California 92121
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

Attorneys for Defendant
Twitter, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE #1 AND JOHN DOE #2,<br><br>                    Plaintiff,<br><br>        v.<br><br>TWITTER, INC.,<br><br>                    Defendant. | Case No. 3:21-cv-00485-JCS<br><br>**DECLARATION OF LINH K. NGUYEN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER ON DEFENDANT TWITTER INC.'S ANSWER TO THE FIRST AMENDED COMPLAINT**<br><br>Judge:    Hon. Joseph C. Spero<br>Trial Date: Not yet set |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NGUYEN DECL. ISO STIP. & [PROPOSED] ORDER ON
DEF'S ANSWER TO FAC
CASE NO. 3:21-CV-00485-JCS

I, Linh K. Nguyen, declare as follows:

1. I am an attorney licensed to practice law in California and am an associate at Cooley, LLP and counsel of record for Defendant Twitter, Inc. ("Twitter") in this matter. I make this declaration based on my personal knowledge of this matter and information I obtained following a reasonable investigation of the events described below. If called as a witness, I could and would testify competently to the matters stated herein.

2. I submit this declaration pursuant to Civil Local Rule 6-2(a) and in support of the Parties' Stipulation and Proposed Order re Defendant's Answer to the First Amended Complaint ("FAC").

3. Plaintiffs filed a Complaint in the above-entitled action in U.S. District Court for the Northern District of California on January 20, 2021;

4. On February 10, 2021, the Parties sought, and the court granted, an extension for Twitter to respond to the Complaint and to extend the Initial Case Management Conference;

5. Plaintiffs filed the FAC on April 7, 2021;

6. On April 13, 2021, the Parties sought, and the court granted, a stipulated briefing schedule for Twitter's motion to dismiss the FAC and to extend the Initial Case Management Conference;

7. On August 19, 2021, the court granted in part and denied in party Twitter's motion to dismiss the FAC;

8. On August 31, 2021, the Parties sought, and the court granted, a two-week extension for Twitter to respond to the Complaint because counsel for Twitter had previously scheduled vacation during Twitter's response time;

9. Twitter's deadline to answer the FAC is September 16, 2021;

10. Twitter is working diligently towards providing a comprehensive response to the FAC and a short extension would permit Twitter to more adequately investigate the factual allegations in the FAC;

11. The FAC contains 235 paragraphs of detailed factual allegations and is 55 pages long;

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NGUYEN DECL. ISO STIP. ON DEF'S ANSWER
TO FAC
CASE NO. 3:21-CV-00485-JCS

12. A further Case Management Conference in this matter is currently set for November 5, 2021;

13. This modification would not affect the case schedule as none has been entered.

14. This modification will not affect any hearing or proceeding on the Court's calendar;

15. The Parties agree that a short six-day extension of Twitter's deadline to answer the FAC is reasonable given the foregoing.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on September 16, 2021 in San Diego, California.

Dated: September 16, 2021

/s/ Linh K. Nguyen
Linh K. Nguyen
.