COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

LINH K. NGUYEN (305737)
(lknguyen@cooley.com)
JAMIE D. ROBERTSON (326003)
(jdrobertson@cooley.com)
4401 Eastgate Mall
San Diego, California 92121
Telephone:   (858) 550-6000
Facsimile:   (858) 550-6420

Attorneys for Defendant
Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE #1 AND JOHN DOE #2,<br><br>                       Plaintiffs,<br><br>            v.<br><br>TWITTER, INC.,<br><br>                       Defendant. | Case No. 3:21-cv-00485-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER ON DEFENDANT TWITTER INC.'S MOTION FOR LEAVE TO FILE RECONSIDERATION OR, IN THE ALTERNATIVE, MOTION FOR CERTIFICATION AND BRIEFING SCHEDULE**<br><br>Judge:      Hon. Joseph C. Spero<br>Trial Date: Not yet set |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. & [PROPOSED] ORDER ON DEF'S MOT.
FOR LEAVE TO FILE REC./CERT.
CASE NO. 3:21-CV-00485-JCS

Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, Plaintiffs John Doe #1 and John Doe #2 ("Plaintiffs"), and Defendant Twitter, Inc. ("Twitter") (together, with Plaintiffs, the "Parties"), hereby agree and stipulate to the following briefing schedule for Twitter's motion for leave to file a motion for reconsideration or, in the alternative, motion for certification for interlocutory appeal under 28 U.S.C. § 1292(b) ("Motion") and that good cause exists to request an order from the Court for a brief extension of Twitter's time to file a reply in support of its Motion.

**RECITALS**

WHEREAS, the above-captioned action was first filed on January 20, 2021;

WHEREAS, Plaintiffs filed the FAC on April 7, 2021;

WHEREAS, the Court granted in part and denied in part Twitter's motion to dismiss the First Amended Complaint on August 19, 2021 ("Order");

WHEREAS, since the Court issued its Order, the Parties have engaged in ongoing discussions regarding coordination of their potential appellate options;

WHEREAS, on September 13, 2021, Plaintiffs' counsel advised Twitter's counsel that they did not intend to seek reconsideration or appeal of the Order;

WHEREAS, Twitter intends to file its Motion on October 4, 2021;

WHEREAS, Plaintiffs intend to file an opposition to the Motion on October 18, 2021 as permitted under Local Rule 7-3;

WHEREAS, under Local Rule 7-3, Twitter's reply would be due on October 25, 2021;

WHEREAS, lead counsel for Twitter will be in trial beginning on October 4, 2021 and which is expected to last through at least the end of October;

WHEREAS, the Parties have agreed that good cause exists to permit Twitter an additional seven (7) days beyond what is provided under Local Rule 7-3 to file its reply;

WHEREAS, the Parties have previously requested and the Court has granted an extension on the Initial Case Management Conference and a stipulated briefing schedule on Twitter's motion to dismiss the FAC;

WHEREAS, the Parties have previously requested and the Court has granted a two-week extension for Twitter to file its Answer to the FAC;

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIP. & [PROPOSED] ORDER ON DEF'S MOT.
FOR LEAVE TO FILE REC./CERT.
CASE NO. 3:21-CV-00485-JCS

1  WHEREAS, the Parties have previously requested an additional six-day extension for Twitter to file its Answer to the FAC which is currently pending before the Court;

WHEREAS, a further Case Management Conference in this matter is set for November 5, 2021;

WHEREAS, the Parties have conferred and agree that continuing the Case Management Conference will allow the Court the benefit of the full briefing on the remaining issues in the case;

WHEREAS, this modification would not affect the case schedule as none has been entered;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties hereto, through their undersigned counsel, as follows:

1. Twitter shall file and serve its motion for leave to file a motion for reconsideration or, in the alternative, certification for interlocutory appeal under 28 U.S.C. § 1292(b) of the Order on October 4, 2021;

2. Plaintiffs shall file their opposition on October 18, 2021;

3. Twitter shall file its reply on November 1, 2021; and

FURTHER, the Parties request that if the Court decides that the matter warrants a hearing, the hearing for Defendant's anticipated Motion be scheduled for November 19, 2021 and the Case Management Conference be reset to the same date as the Motion hearing, with an Initial Case Management Statement due on November 12, 2021.

**IT IS SO STIPULATED.**

Dated: September 16, 2021

COOLEY LLP

/s/ Michael G. Rhodes
Michael G. Rhodes (116127)
Kyle C. Wong (224021)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone: (415) 693-2000
Email: rhodesmg@cooley.com
Email: kwong@cooley.com

Linh K. Nguyen (305737)
Jamie D. Robertson (326003)

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP. & [PROPOSED] ORDER ON DEF'S MOT.
FOR LEAVE TO FILE REC./CERT.
CASE NO. 3:21-CV-00485-JCS

|   |   |
|---|---|
| 1 | 4401 Eastgate Mall |
| 2 | San Diego, California 92121 |
|   | Telephone: (858) 550-6000 |
| 3 | Email: lknguyen@cooley.com |
|   | Email: jdrobertson@cooley.com |
| 4 |   |
| 5 | *Attorneys for Defendant Twitter, Inc.* |

Dated: September 16, 2021                    THE MATIASIC FIRM, P.C.

/s/ Paul A. Matiasic
------------------------------
Paul A. Matiasic (226448)
Hannah E. Mohr (294193)
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 675-1089
Email: matiasic@mjlawoffice.com

*Attorneys for Plaintiffs*

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIP. & [PROPOSED] ORDER ON DEF'S MOT.
FOR LEAVE TO FILE REC./CERT.
CASE NO. 3:21-CV-00485-JCS

NATIONAL CENTER ON SEXUAL EXPLOITATION
Benjamin W. Bull (*Admitted Pro Hac Vice*)
Peter A. Gentala (*Admitted Pro Hac Vice*)
Danielle Bianculli Pinter (*Admitted Pro Hac Vice*)
Christen M. Prince (*Admitted Pro Hac Vice*)
1201 F St NW, Suite 200
Washington, D.C. 20004
Telephone: (202) 393-7245
Email: lawcenter@ncose.com

*Attorneys for Plaintiffs*

THE HABA LAW FIRM, P.A.
Lisa D. Haba (*Admitted Pro Hac Vice*)
Adam A. Haba (*Admitted Pro Hac Vice*)
1220 Commerce Park Dr., Suite 207
Longwood, FL 32779
Telephone: (844) 422-2529
Email: lisahaba@habalaw.com
           adamhaba@habalaw.com

*Attorneys for Plaintiffs*

## ATTESTATION

*Filer's Attestation:* Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Linh Nguyen hereby attests that concurrence in the filing of this document has been obtained.

Dated:  August 31, 2021            COOLEY LLP


                                   /s/ Linh K. Nguyen
                                   Linh K. Nguyen

                                   Attorneys for Defendant Twitter, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____
                                   HON. JOSEPH C. SPERO
                                   UNITED STATES MAGISTRATE JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

STIP. & [PROPOSED] ORDER ON DEF'S MOT.
FOR LEAVE TO FILE REC./CERT.
CASE NO. 3:21-CV-00485-JCS