| | |
|---|---|
| 1 | COOLEY LLP |
| | MICHAEL G. RHODES (116127) |
| 2 | (rhodesmg@cooley.com) |
| | KYLE C. WONG (224021) |
| 3 | (kwong@cooley.com) |
| | 101 California Street, 5th Floor |
| 4 | San Francisco, California 94111-5800 |
| | Telephone:    (415) 693-2000 |
| 5 | Facsimile:    (415) 693-2222 |
| 6 | LINH K. NGUYEN (305737) |
| | (lknguyen@cooley.com) |
| 7 | JAMIE D. ROBERTSON (326003) |
| | (jdrobertson@cooley.com) |
| 8 | 4401 Eastgate Mall |
| | San Diego, California 92121 |
| 9 | Telephone:    (858) 550-6000 |
| | Facsimile:    (858) 550-6420 |
| 10 | |
| 11 | Attorneys for Defendant |
| | Twitter, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE #1 AND JOHN DOE #2, | Case No. 3:21-cv-00485-JCS |
| Plaintiff, | **DECLARATION OF LINH K. NGUYEN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER ON DEFENDANT TWITTER INC.'S MOTION FOR LEAVE TO FILE RECONSIDERATION OR, IN THE ALTERNATIVE, MOTION FOR CERTIFICATION AND BRIEFING SCHEDULE** |
| v. | |
| TWITTER, INC., | |
| Defendant. | |
| | Judge:    Hon. Joseph C. Spero |
| | Trial Date: Not yet set |

I, Linh K. Nguyen, declare as follows:

1. I am an attorney licensed to practice law in California and am an associate at Cooley, LLP and counsel of record for Defendant Twitter, Inc. ("Twitter") in this matter. I make this declaration based on my personal knowledge of this matter and information I obtained following a reasonable investigation of the events described below. If called as a witness, I could and would testify competently to the matters stated herein.

2. I submit this declaration pursuant to Civil Local Rule 6-2(a) and in support of the Parties' Stipulation and Proposed Order re Defendant's motion for leave to file a motion for reconsideration or, in the alternative, for certification for interlocutory appeal under 28 U.S.C. § 1292(b) ("Motion").

3. Plaintiffs filed a Complaint in the above-entitled action in U.S. District Court for the Northern District of California on January 20, 2021;

4. On February 10, 2021, the Parties sought, and the court granted, an extension for Twitter to respond to the Complaint and to extend the Initial Case Management Conference;

5. Plaintiffs filed the FAC on April 7, 2021;

6. On August 19, 2021, the court granted in part and denied in party Twitter's motion to dismiss the FAC ("Order");

7. Since the Court issued its Order, the Parties have engaged in ongoing discussions regarding coordination of their potential appellate options;

8. On August 31, 2021, the Parties sought, and the court granted, a two-week extension for Twitter to respond to the Complaint because counsel for Twitter had previously scheduled vacation during Twitter's response time;

9. On September 13, 2021, Plaintiffs' counsel advised Twitter's counsel during a telephone conference that they did not intend to seek reconsideration or appeal of the Order;

10. On September 16, 2021, the Parties sought an additional six-day extension for Twitter to respond to the Complaint which is currently pending before the Court;

11. Twitter intends to file its Motion on October 4, 2021;

12. Counsel for Twitter understands that Plaintiffs intend to file an opposition to the Motion on October 18, 2021;

13. Under Local Rule 7-3, Twitter's reply would be due on October 25, 2021;

14. Lead counsel for Twitter will be in trial beginning on October 4, 2021 and which is expected to last through at least the end of October;

15. A further Case Management Conference in this matter is currently set for November 5, 2021;

16. This modification would not affect the case schedule as none has been entered.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on September 16, 2021 in San Diego, California.

Dated: September 16, 2021

/s/ Linh K. Nguyen
Linh K. Nguyen
.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

NGUYEN DECL. ISO STIP. & [PROPOSED]
ORDER ON DEF'S MOT. RE REC./CERT
CASE NO. 3:21-CV-00485-JCS