COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

LINH K. NGUYEN (305737)
(lknguyen@cooley.com)
JAMIE D. ROBERTSON (326003)
(jdrobertson@cooley.com)
4401 Eastgate Mall
San Diego, California 92121
Telephone:  (858) 550-6000
Facsimile:  (858) 550-6420

Attorneys for Defendant
Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE #1 AND JOHN DOE #2,<br><br>    Plaintiffs,<br><br>v.<br><br>TWITTER, INC.,<br><br>    Defendant. | Case No. 3:21-cv-00485-JCS<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER ON DEFENDANT TWITTER INC.'S ANSWER TO THE FIRST AMENDED COMPLAINT**<br><br>Judge:    Hon. Joseph C. Spero<br>Trial Date: Not yet set |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. & [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER ON DEF'S
ANSWER TO FAC
CASE NO. 3:21-CV-00485-JCS

Case 3:21-cv-00485-JCS   Document 76   Filed 09/17/21   Page 2 of 4

Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, Plaintiffs John Doe #1 and John Doe #2 ("Plaintiffs"), and Defendant Twitter, Inc. ("Twitter") (together, with Plaintiffs, the "Parties"), hereby agree and stipulate that good cause exists to request an order from the Court extending Defendant's time to answer the First Amended Complaint ("FAC").

**RECITALS**

WHEREAS, the above-captioned action was first filed on January 20, 2021;

WHEREAS, Plaintiffs filed the FAC on April 7, 2021;

WHEREAS, the Court granted in part and denied in part Twitter's motion to dismiss the First Amended Complaint on August 19, 2021;

WHEREAS, Twitter's answer to the FAC is currently due on September 16, 2021;

WHEREAS, the FAC contains 235 paragraphs of detailed factual allegations and is 55 pages long;

WHEREAS, Twitter is working diligently towards providing a comprehensive response to the FAC and a short extension would permit Twitter to more adequately investigate the factual allegations in the FAC;

WHEREAS, Twitter has requested, and Plaintiffs have consented to, a six-day extension for Twitter's answer to the FAC;

WHEREAS, the Parties previously requested a two-week extension with respect to Twitter's answer to the FAC;

WHEREAS, under Civil Local Rules 6-1(b) and 6-2(a), the Parties may stipulate in writing to request an order changing time that would involve papers required to be filed with the Court other than an initial response to a complaint;

WHEREAS, the Parties have previously requested and the Court has granted an extension on the Initial Case Management Conference and a stipulated briefing schedule on Twitter's motion to dismiss the FAC;

WHEREAS, a further Case Management Conference in this matter is set for November 5, 2021;

WHEREAS, the requested extension does not affect a hearing or proceeding on the Court's

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIP. & [PROPOSED] ORDER ON DEF'S
ANSWER TO FAC
CASE NO. 3:21-CV-00485-JCS

1  calendar;

2  WHEREAS, this modification would not affect the case schedule as none has been entered;

3  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties hereto,

4  through their undersigned counsel, as follows: Twitter shall file and serve its answer to the First

5  Amended Complaint on or before September 22, 2021.

**IT IS SO STIPULATED.**

Dated: September 16, 2021              COOLEY LLP

/s/ Michael G. Rhodes
Michael G. Rhodes (116127)
Kyle C. Wong (224021)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone: (415) 693-2000
Email: rhodesmg@cooley.com
Email: kwong@cooley.com

Linh K. Nguyen (305737)
Jamie D. Robertson (326003)
4401 Eastgate Mall
San Diego, California 92121
Telephone: (858) 550-6000
Email: lknguyen@cooley.com
Email: jdrobertson@cooley.com

*Attorneys for Defendant Twitter, Inc.*

Dated: September 16, 2021              NATIONAL CENTER ON SEXUAL
                                       EXPLOITATION

/s/ Benjamin W. Bull
Benjamin W. Bull (*Pro Hac Vice*)
Peter A. Gentala (*Pro Hac Vice*)
Danielle Bianculli Pinter (*Pro Hac Vice*)
Christen M. Prince (*Pro Hac Vice*)
1201 F St NW, Suite 200
Washington, D.C. 20004
Telephone: (202) 393-7245
Email: lawcenter@ncose.com
*Attorneys for Plaintiffs*

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP. & [PROPOSED] ORDER ON DEF'S
ANSWER TO FAC
CASE NO. 3:21-CV-00485-JCS

THE MATIASIC FIRM, P.C.
Paul A. Matiasic (226448)
Hannah E. Mohr (294193)
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 675-1089
Email: matiasic@mjlawoffice.com

*Attorneys for Plaintiffs*

THE HABA LAW FIRM, P.A.
Lisa D. Haba (*Admitted Pro Hac Vice*)
Adam A. Haba (*Admitted Pro Hac Vice*)
1220 Commerce Park Dr., Suite 207
Longwood, FL 32779
Telephone: (844) 422-2529
Email: lisahaba@habalaw.com
         adamhaba@habalaw.com

*Attorneys for Plaintiffs*

## ATTESTATION

Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Linh Nguyen hereby attests that concurrence in the filing of this document has been obtained.

Dated: September 16, 2021            COOLEY LLP

                                     /s/ Linh K. Nguyen
                                     Linh K. Nguyen

                                     Attorneys for Defendant Twitter, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 17, 2021            _____
                                     HON. JOSEPH C. SPERO
                                     UNITED STATES MAGISTRATE JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIP. & [PROPOSED] ORDER ON DEF'S
ANSWER TO FAC
CASE NO. 3:21-CV-00485-JCS