COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
3 Embarcadero Center 20th Floor
San Francisco, CA 94111-4004
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

LINH K. NGUYEN (305737)
(lknguyen@cooley.com)
JAMIE D. ROBERTSON (326003)
(jdrobertson@cooley.com)
4401 Eastgate Mall
San Diego, California 92121
Telephone:     (858) 550-6000
Facsimile:     (858) 550-6420

Attorneys for Defendant
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE #1 AND JOHN DOE #2,<br><br>        Plaintiffs,<br><br>    v.<br><br>TWITTER, INC.,<br><br>        Defendant. | Case No. 3:21-cv-00485-JCS<br><br>**NOTICE OF APPEARANCE FOR KATHLEEN HARTNETT AS COUNSEL FOR DEFENDANT TWITTER, INC.** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

NOTICE OF APPEARANCE FOR
KATHLEEN HARTNETT
Case No. 3:21-cv-00485-JCS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendant Twitter, Inc. files this Notice of Appearance that Kathleen Hartnett of the law firm Cooley LLP hereby enters her appearance as counsel of record for defendant Twitter, Inc. in the above-referenced matter.  All pleadings, discovery, and other material should be served upon counsel at:

> Kathleen Hartnett (khartnett@cooley.com)
> Cooley LLP
> 3 Embarcadero Center 20th Floor
> San Francisco, CA 94111-4004
> Telephone:     (415) 693-2000
> Facsimile:     (415) 693-2222

Dated: October 4, 2021                                    COOLEY LLP

                                                          By:  /s/ Kathleen Hartnett
                                                          Kathleen Harnett

                                                          *Attorney for Defendant Twitter, Inc.*

Cooley LLP
Attorneys at Law
San Francisco

2

NOTICE OF APPEARANCE FOR
KATHLEEN HARTNETT
Case No. 3:21-cv-00485-JCS