COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
3 Embarcadero Center 20th Floor
San Francisco, CA 94111-4004
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

LINH K. NGUYEN (305737)
(lknguyen@cooley.com)
JAMIE D. ROBERTSON (326003)
(jdrobertson@cooley.com)
4401 Eastgate Mall
San Diego, California 92121
Telephone:     (858) 550-6000
Facsimile:     (858) 550-6420

Attorneys for Defendant
Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE #1 AND JOHN DOE #2,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 3:21-cv-00485-JCS<br><br>**DECLARATION OF LINH K. NGUYEN IN SUPPORT OF DEFENDANT TWITTER, INC.'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, MOTION FOR AN ORDER PERMITTING INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**<br><br>Hearing Date:     November 19, 2021<br>Hearing Time:     9:30 a.m.<br>Judge:     Honorable Joseph C. Spero |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NGUYEN DECL. ISO MOT. FOR
LEAVE TO FILE REC./CERT
CASE NO. 3:21-CV-00485-JCS

1

2          I, Linh K. Nguyen, declare as follows:

3          1.      I am an attorney licensed to practice law in California and am an associate at Cooley,

4   LLP and counsel of record for Defendant Twitter, Inc. ("Twitter") in this matter.  I make this

5   declaration based on my personal knowledge of this matter and information I obtained following a

6   reasonable investigation of the events described below.  If called as a witness, I could and would

7   testify competently to the matters stated herein.

8          2.      **Exhibit A** is a true and correct copy of the draft Motion for Reconsideration Twitter

9   intends to file if the Court grants Twitter's Motion for Leave to File for Reconsideration.

10          3.      **Exhibit B** is a true and correct copy of the tentative order on defendant's motion to

11   dismiss issued by the Honorable James V. Selna in the matter *Jane Doe et al. v. Reddit, Inc*., Case

12   No. 21-cv-768-JVS (C.D. Cal.) on September 17, 2021.  In its tentative order, the court vacated the

13   September 20, 2021 hearing date.  On September 21, 2021, plaintiffs filed a request for a hearing.

14   Defendant a response on September 29, 2021.  At the time this declaration was filed, the court had

15   not yet ruled on plaintiffs' request for a hearing.

16          4.      **Exhibit C** is a true and correct copy of excerpts from the transcript of the August 6,

17   2021 hearing on Twitter's motion to dismiss Plaintiffs' First Amended Complaint.

18          5.      Since the Court's August 19, 2021 Order issued, the parties met and conferred

19   regarding their respective appellate options on August 20, August 25, and September 13, 2021.

20          6.      On September 13, 2021, Twitter's counsel informed Plaintiffs' counsel that in light

21   of Judge Gilliam's September 8, 2021 order in *J.B. v. G6 Hospitality, LLC*, 2021 WL 4079207

22   (N.D. Cal. Sept. 8, 2021), Twitter intended to seek leave to move for reconsideration of the Order

23   or, in the alternative, seek certification of the Order for interlocutory appeal under 28 U.S.C. §

24   1292(b). Plaintiffs' counsel informed Twitter that Plaintiffs did not intend to seek reconsideration

25   or appeal.

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NGUYEN DECL. ISO MOT. FOR
LEAVE TO FILE REC./CERT
CASE NO. 3:21-CV-00485-JCS

1    I declare under penalty of perjury that the foregoing is true and correct.  This declaration

2  was executed on October 4, 2021 in San Diego, California.

3

4                                           /s/ *Linh K. Nguyen*

5                                           Linh K. Nguyen

6                                           .

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Cooley LLP
Attorneys at Law
San Francisco

3

Nguyen Decl. ISO Mot. for
Leave to File Rec./Cert
Case No. 3:21-cv-00485-JCS