UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE #1 AND JOHN DOE #2,<br><br>    Plaintiffs,<br><br>    v.<br><br>TWITTER, INC.,<br><br>    Defendant. | Case No. 3:21-cv-00485-JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TWITTER, INC.'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION AND GRANTING RECONSIDERATION**<br><br>Hearing Date:   November 19, 2021<br>Hearing Time:   9:30 a.m.<br>Judge:   Honorable Joseph C. Spero |

Defendant Twitter, Inc.'s ("Twitter") Motion for Leave to File Motion for Reconsideration or, in the Alternative Motion for an Order Permitting an Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) (the "Motion") regarding the Court's order on Twitter's Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 69, the "Order") was heard on November 19, 2021 at 9:30 a.m. by this Court.

Having considered all papers filed in support of and in opposition to the Motion, any oral arguments of counsel, and all other pleadings and papers on file herein, the Court finds as follows:

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING TWITTER'S
MOTION FOR UNDER 28 USC § 1292(B)
Case No. 3:21-cv-00485-JCS

1. Twitter's motion for leave to file a motion for reconsideration of the Order is **DENIED.**

2. Twitter's motion for an order permitting an interlocutory appeal pursuant to 28 U.S.C. § 1292(b) is **GRANTED**.

Good cause appearing therefor, **IT IS HEREBY ORDERED** that Twitter's motion for leave to file a motion for reconsideration is **DENIED** and Twitter's Motion for an order permitting an interlocutory appeal pursuant to 28 U.S.C. § 1292(b) is **GRANTED**.  The Court hereby amends its order of August 19, 2021 (ECF No. 69) to certify the order for interlocutory review by the United States Court of Appeals for the Ninth Circuit pursuant to 28 U.S.C. § 1292(b) and Federal Rule of Appellate Procedure 5(a)(3). Twitter must seek leave from the Ninth Circuit for an order permitting an interlocutory appeal pursuant to 28 U.S.C. § 1292(b) within 10 days of this Order.

**IT IS SO ORDERED.**

Dated: _____    _____

The Hon. Joseph C. Spero
United States Magistrate Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING TWITTER'S
MOTION FOR UNDER 28 USC § 1292(B)
Case No. 3:21-cv-00485-JCS