UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE #1 AND JOHN DOE #2,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 3:21-cv-00485-JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TWITTER, INC.'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION AND GRANTING RECONSIDERATION**<br><br>Hearing Date:   November 19, 2021<br>Hearing Time:   9:30 a.m.<br>Judge:   Honorable Joseph C. Spero |

Defendant Twitter, Inc.'s ("Twitter") Motion for Leave to File Motion for Reconsideration or, in the Alternative Motion for an Order Permitting an Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) (the "Motion") regarding the Court's order on Twitter's Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 69, the "Order") was heard on November 19, 2021 at 9:30 a.m. by this Court.

Having considered all papers filed in support of and in opposition to the Motion, any oral arguments of counsel, and all other pleadings and papers on file herein, the Court finds as follows:

1. Twitter's motion for leave to file a motion for reconsideration of the Order is **GRANTED.**
2. The Court accepts Twitter's memorandum of points and authorities attached to the Motion as the basis for its motion for reconsideration.
3. Twitter's motion for reconsideration of the Order is **GRANTED**.
4. Twitter's motion for an order permitting an interlocutory appeal pursuant to 28 U.S.C. § 1292(b) is **DENIED AS MOOT**.

Good cause appearing therefor, **IT IS HEREBY ORDERED** that Twitter's motion for reconsideration is **GRANTED** and Claim Two in Plaintiffs' First Amended Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: _____   _____
The Hon. Joseph C. Spero
United States Magistrate Judge