COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
3 Embarcadero Center 20th Floor
San Francisco, CA 94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

LINH K. NGUYEN (305737)
(lknguyen@cooley.com)
JAMIE D. ROBERTSON (326003)
(jdrobertson@cooley.com)
4401 Eastgate Mall
San Diego, California 92121
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

Attorneys for Defendant
Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE #1 AND JOHN DOE #2,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 3:21-cv-00485-JCS<br><br>**DECLARATION OF LINH K. NGUYEN IN SUPPORT OF DEFENDANT TWITTER, INC.'S MOTION FOR STAY**<br><br>Hearing Date:    November 19, 2021<br>Hearing Time:    9:30 a.m.<br>Judge:    Honorable Joseph C. Spero |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NGUYEN DECL. ISO
MOT. FOR STAY
CASE NO. 3:21-CV-00485-JCS

I, Linh K. Nguyen, declare as follows:

1.      I am an attorney licensed to practice law in California and am an associate at Cooley, LLP and counsel of record for Defendant Twitter, Inc. ("Twitter") in this matter.  I make this declaration based on my personal knowledge of this matter and information I obtained following a reasonable investigation of the events described below.  If called as a witness, I could and would testify competently to the matters stated herein.

2.      On October 4, 2021, Plaintiffs served on Twitter a First Combined Set of Interrogatories, Requests for Production of Documents, and Requests for Admission ("Discovery Requests").  The Discovery Requests include twenty-three interrogatories, twenty-three requests for production, some with subparts, and nine requests for admission.  Many are very broad, and approximately 20 Requests are unbounded by any time limits.

3.      On October 7, 2021, the parties met and conferred with Plaintiffs' counsel regarding a stay of discovery.  On October 7, 2021, and again on October 15, 2021, Plaintiffs' counsel declined to agree to stay discovery or the proceedings pending the outcome of Twitter's previously filed motion for an order certifying the order denying in part Twitter's motion to Dismiss (ECF No. 69, or the "Order") for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).  (ECF No. 80.)

I declare under penalty of perjury that the foregoing is true and correct.  This declaration was executed on October 15, 2021 in San Diego, California.

/s/ *Linh K. Nguyen*
Linh K. Nguyen
.

Cooley LLP
Attorneys at Law
San Francisco

2

Nguyen Decl. ISO
Mot. for Stay
Case No. 3:21-cv-00485-JCS