UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE #1 AND JOHN DOE #2,<br><br>    Plaintiffs,<br><br>v.<br><br>TWITTER, INC.,<br><br>    Defendant. | Case No. 3:21-cv-00485-JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TWITTER, INC.'S MOTION FOR STAY**<br><br>Hearing Date:  November 19, 2021<br>Hearing Time:  9:30 a.m.<br>Judge:    Honorable Joseph C. Spero |

Defendant Twitter, Inc.'s ("Twitter") motion for stay was heard on November 19, 2021 at 9:30 a.m. by this Court. Having considered all papers filed in support of and in opposition to the Motion, any oral arguments of counsel, and all other pleadings and papers on file herein, the Court finds as follows:

1. Twitter's motion for a stay is **GRANTED.**

2. This proceeding will remain stayed until either: (1) the Ninth Circuit declines the petition for discretionary review; or (2) if the Ninth Circuit grants the petition for review, until thirty (30) calendar days after that court returns the mandate.

   **IT IS SO ORDERED.**

Dated: _____

_____
The Hon. Joseph C. Spero
United States Magistrate Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING TWITTER'S
MOTION FOR STAY
Case No. 3:21-cv-00485-JCS