UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE #1 AND JOHN DOE #2,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TWITTER, INC.,<br><br>　　　　　Defendant. | Case No. 3:21-cv-00485-JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TWITTER, INC.'S ADMINISTRATIVE MOTION TO ENLARGE TIME TO RESPOND TO DISCOVERY REQUESTS**<br><br>Judge:　　Honorable Joseph C. Spero |

Having reviewed and considered Defendant Twitter Inc.'s ("Twitter") Administrative Motion to Enlarge Time to Respond to Discovery Requests, the Declaration of Linh K. Nguyen in Support of the Motion, all papers filed in support of and in opposition to the Motion, and all other pleadings and papers on file herein, and good cause appearing, the Court hereby **GRANTS** Twitter's Administrative Motion to Enlarge Time to Respond to Discovery Requests.  Twitter's responses to Plaintiffs' First Combined Set of Discovery Requests shall be due no later than 28 days following the Court's ruling on Twitter's Motion for Stay.

**IT IS SO ORDERED.**

Dated: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　The Hon. Joseph C. Spero
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING TWITTER'S
MOTION TO ENLARGE TIME
Case No. 3:21-cv-00485-JCS