UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE #1 AND JOHN DOE #2,<br><br>Plaintiffs,<br><br>vs.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 3:21-cv-00485-JCS<br><br>**[PROPOSED] ORDER DENYING DEFENDANT TWITTER, INC.'S MOTION FOR RECONSIDERATION, OR IN THE ALTERNATIVE, CERTIFICATION FOR INTERLOCUTORY APPEAL**<br><br>Hearing Date: November 19, 2021<br>Hearing Time: 9:30 a.m.<br>Judge: Honorable Joseph C. Spero |

Defendant Twitter, Inc.'s ("Twitter") Motion for Leave to File Motion for Reconsideration or, in the Alternative Motion for an Order Permitting an Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) ("Motion") regarding the Court's order on Twitter's Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 69, "Order") was heard on November 19, 2021, at 9:30 a.m. by this Court. Counsel for Plaintiffs and Counsel for Twitter appeared

[PROPOSED] ORDER DENYING DEFENDANT TWITTER, INC.'S MOTION FOR RECONSIDERATION, OR IN THE ALTERNATIVE, CERTIFICATION FOR INTERLOCUTORY APPEAL

1

Case No. 3:21-cv-00485-JCS

via videoconference.

Having considered all papers filed in support of and in opposition to the Motion, any oral arguments of counsel, and all other pleadings and papers on file herein, the Court finds as follows:

1. Twitter's Motion for Leave to File Motion for Reconsideration of the Order is **GRANTED.**

2. Twitter's Motion for Reconsideration of the Order is **DENIED.**

3. Twitter's Motion for an Order Permitting an Interlocutory Appeal pursuant to 28 U.S.C. § 1292(b) is **DENIED.**

**IT IS SO ORDERED.**

Dated: _____        _____
                                        The Hon. Joseph C. Spero
                                        United States Magistrate Judge

Case No. 3:21-cv-00485-JCS

2

[PROPOSED] ORDER DENYING DEFENDANT TWITTER, INC.'S MOTION FOR RECONSIDERATION, OR IN THE ALTERNATIVE, CERTIFICATION FOR INTERLOCUTORY APPEAL