**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE #1 AND JOHN DOE #2,<br><br>Plaintiffs,<br><br>vs.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 3:21-cv-00485-JCS<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO ENLARGE TIME TO RESPOND TO DISCOVERY REQUESTS**<br><br>Judge: Honorable Joseph C. Spero |

Having reviewed and considered Defendant Twitter, Inc.'s Administrative Motion to Enlarge Time to Respond to Discovery Requests ("Motion"), Plaintiffs' Opposition to the same, the Declarations, and all the papers filed in support of and in opposition to the Motion, and all other pleadings and papers on file herein, and good cause appearing, the Court hereby **DENIES** Defendant's Motion.

**IT IS SO ORDERED.**

Dated: _____

_____
The Hon. Joseph C. Spero
Chief United States Magistrate Judge