```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611158045
Cashier ID: sprinka
Transaction Date: 01/28/2022
Payer Name: specialized legal services i
nc
--------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: John Doe
 Case/Party: D-CAN-3-21-CV-000485-001
 Amount:         $505.00
--------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 61351
 Amt Tendered: $505.00
--------------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

jcs


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```