UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 21 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN DOE #1; JOHN DOE #2, <br><br> Plaintiffs-Respondents, <br><br> v. <br><br> TWITTER, INC., <br><br> Defendant-Petitioner. | No. 21-80112 <br><br> D.C. No. 3:21-cv-00485-JCS <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: TALLMAN and NGUYEN, Circuit Judges.

The petition for permission to appeal and cross-petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) are granted.

The Clerk will open cross-appeals. Within 14 days after the date of this order, the parties shall perfect their respective appeals in accordance with Federal Rule of Appellate Procedure 5(d).

AB