1   COOLEY LLP
    MICHAEL G. RHODES (116127)
2   (rhodesmg@cooley.com)
    KATHLEEN HARTNETT (314267)
3   (khartnett@cooley.com)
    KYLE C. WONG (224021)
4   (kwong@cooley.com)
    3 Embarcadero Center 20th Floor
5   San Francisco, CA 94111-4004
    Telephone:    (415) 693-2000
6   Facsimile:    (415) 693-2222

7   LINH K. NGUYEN (305737)
    (lknguyen@cooley.com)
8   JAMIE D. ROBERTSON (326003)
    (jdrobertson@cooley.com)
9   4401 Eastgate Mall
    San Diego, California 92121
10  Telephone:    (858) 550-6000
    Facsimile:    (858) 550-6420

11

12  Attorneys for Defendant
    TWITTER, INC.

13

14                        UNITED STATES DISTRICT COURT

15                      NORTHERN DISTRICT OF CALIFORNIA

16                          SAN FRANCISCO DIVISION

17

18  JOHN DOE #1 AND JOHN DOE #2,            Case No. 3:21-cv-00485-JCS

19              Plaintiffs,                 **JOINT STATUS UPDATE PURSUANT TO
                                            COURT'S FEBRUARY 14, 2022, ORDER
20          v.                              (ECF NO. 93) AND STIPULATED
                                            REQUEST TO CONTINUE HEARING**
21  TWITTER, INC.,
                                            Hearing Date:    June 24, 2022
22              Defendants.                 Hearing Time:    2:00 p.m.
                                            Judge:    Honorable Joseph C. Spero
23

24

25

26

27

28

1    Defendant Twitter, Inc. and Plaintiffs John Doe #1 and John Doe #2 (collectively, the
2  "Parties"), respectfully submit this joint status update regarding this matter.

3    On October 26, 2021, the Court entered an order certifying the Court's August 19, 2021,
4  motion to dismiss order for interlocutory appeal and staying all proceedings in the Action. (ECF
5  No. 85.)

6    On January 21, 2022, the Ninth Circuit granted the Parties' petition for permission to appeal
7  and cross-petition for permission to appeal pursuant to 28 U.S.C. § 1292(b). (ECF No. 92.)

8    On June 3, 2022, Twitter filed its opening Ninth Circuit brief. Plaintiffs' answering brief
9  and opening brief in support of its cross-appeal are due on August 4, 2022. Twitter's reply brief in
10  support of its appeal and answering brief are due on September 6, 2022. Plaintiffs' optional cross-
11  appeal reply brief is due twenty-one days after service of Twitter's reply and answering brief.

12    Since the last Case Management Conference, the Parties have met with the Ninth Circuit
13  mediator to discuss a potential mediation session. No mediation session has been held yet. Given
14  the continuing nature of the appeal, the Parties respectfully request a continuance of the Case
15  Management Conference scheduled for June 24, 2022.

16
17
18  Dated: June 17, 2022                COOLEY LLP
19
20                                By: */s/ Linh K. Nguyens*
21                                    Linh K. Nguyen
22                                *Attorneys for Defendant Twitter, Inc.*
23  Dated: June 17, 2022                NATIONAL CENTER ON SEXUAL
24                                EXPLOITATION CENTER
25
26                                By: */s/ Peter Gentala*
                                     Peter Gentala
27
                                *Attorneys for Plaintiffs John Doe #1 and John*
28                                *Doe #2.*

## ATTESTATION

    *Filer's Attestation:   Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Linh Nguyen hereby attests that concurrence in the filing of this document has been obtained.*

Dated:  June 17, 2022                              COOLEY LLP


                                    /s/ *Linh Nguyen*
                                    Linh K. Nguyen

                                    *Attorneys for Defendant Twitter, Inc.*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____

                                    HON. JOSEPH C. SPERO
                                    UNITED STATES MAGISTRATE JUDGE