COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
3 Embarcadero Center 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

LINH K. NGUYEN (305737)
(lknguyen@cooley.com)
JAMIE D. ROBERTSON (326003)
(jdrobertson@cooley.com)
10265 Science Center Drive
San Diego, California 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Defendant
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE #1 AND JOHN DOE #2,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendants. | Case No. 3:21-cv-00485-JCS<br><br>**JOINT STATUS UPDATE PURSUANT TO COURT'S JUNE 22, 2022, ORDER (ECF NO. 96) AND STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>CMC Date: December 16, 2022<br>CMC Time: 2:00 p.m.<br>Judge: Honorable Joseph C. Spero |

Defendant Twitter, Inc. and Plaintiffs John Doe #1 and John Doe #2 (collectively, the "Parties"), respectfully submit this joint status update regarding this matter.

On October 26, 2021, the Court entered an order certifying the Court's August 19, 2021, motion to dismiss order for interlocutory appeal and staying all proceedings in the Action. (ECF No. 85.)

On January 21, 2022, the Ninth Circuit granted the Parties' petition for permission to appeal and cross-petition for permission to appeal pursuant to 28 U.S.C. § 1292(b). (ECF No. 92.)

On June 3, 2022, Twitter filed its opening Ninth Circuit brief. On August 5, 2022, Plaintiffs filed their answering brief and opening brief in support of their cross-appeal. On October 7, 2022, Twitter filed its reply brief in support of its appeal and answering brief. Plaintiffs' optional cross-appeal reply brief was filed on October 28, 2022. Oral argument has not yet been scheduled.

Given the continuing nature of the appeal, the Parties respectfully request a continuance of the Case Management Conference currently scheduled for December 16, 2022.

| | |
|---|---|
| Dated: December 9, 2022 | COOLEY LLP |
| | By: */s/ Linh K. Nguyen* |
| | Linh K. Nguyen |
| | *Attorneys for Defendant Twitter, Inc.* |
| Dated: December 9, 2022 | THE HABA LAW FIRM, P.A. |
| | By: */s/ Lisa D. Haba* |
| | Lisa D. Haba |
| | *Attorneys for Plaintiffs John Doe #1 and John Doe #2.* |

## ATTESTATION

*Filer's Attestation:  Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Linh Nguyen hereby attests that concurrence in the filing of this document has been obtained.*

Dated:  December 9, 2022                COOLEY LLP


/s/ *Linh K. Nguyen*
Linh K. Nguyen

*Attorneys for Defendant Twitter, Inc.*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE