QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Derek L. Shaffer (Bar No. 212746)
  derekshaffer@quinnemanuel.com
1300 I Street NW
Washington, D.C. 20005
Telephone:     (202) 538 8000
Facsimile:     (213) 538 8100

  Dylan C. Bonfigli (Bar No. 317185)
  dylanbonfigli@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443 3000
Facsimile:     (213) 443 3100

Attorneys for Defendant
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE #1 AND JOHN DOE #2,<br><br>            Plaintiffs,<br><br>      v.<br><br>TWITTER, INC.,<br><br>            Defendants. | Case No. 3:21-cv-00485-JCS<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**<br><br>The Honorable Joseph C. Spero<br>Date Action Filed:  January 20, 2021 |

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2         PLEASE TAKE NOTICE that Defendant Twitter, Inc. substitutes the law firm of Quinn

3    Emanuel Urquhart & Sullivan, LLP as its counsel of record in this action, in place of Cooley LLP.

4         Pursuant to this substitution, Twitter, Inc. respectfully requests that all notices, filings, and

5    other documents in this action be served on the following counsel:

6

7    QUINN EMANUEL URQUHART
     & SULLIVAN, LLP
8       Derek L. Shaffer (Bar No. 212746)
        derekshaffer@quinnemanuel.com
9    1300 I Street NW
     Washington, D.C. 20005
10   Telephone:    (202) 538 8000
     Facsimile:    (213) 538 8100

11      Dylan C. Bonfigli (Bar No. 317185)
        dylanbonfigli@quinnemanuel.com
12   865 South Figueroa Street, 10th Floor
     Los Angeles, California 90017-2543
13   Telephone:    (213) 443 3000
     Facsimile:    (213) 443 3100

14

15

16   We hereby agree to the foregoing substitution.

17   Dated: December 15, 2022               COOLEY LLP

18

19                                          By: */s/ Linh K. Nguyen*
20                                              Linh K. Nguyen

21   We hereby accept the foregoing substitution.

22   Dated: December 15, 2022               QUINN EMANUEL URQUHART
                                            & SULLIVAN, LLP
23

24

25                                          By: */s/ Derek L. Shaffer*
                                                Derek L. Shaffer
26

27

28

                                   2                 **SUBSTITUTION OF COUNSEL**
                                                     Case No. 3:21-cv-00485-JCS

1

2   **[PROPOSED] ORDER**

3   Pursuant to the foregoing, it is hereby ORDERED that the law firm of Quinn Emanuel Urquhart & Sullivan, LLP is substituted as counsel in this action for Defendant Twitter, Inc., in place of Cooley, LLP.

4

5

6   Dated: _____

HON. JOSEPH C. SPERO
7   UNITED STATES MAGISTRATE JUDGE

8

9   **ATTESTATION**

10   *Filer's Attestation:  Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Derek L. Shaffer hereby attests that concurrence in the filing of this document has been obtained.*

11

12

13   Dated:  December 15, 2022          QUINN EMANUEL URQUHART
& SULLIVAN, LLP
14

15

16   /s/ *Derek L. Shaffer*
_____
Derek L. Shaffer
17
*Attorneys for Defendant Twitter, Inc.*

18

19

20

21

22

23

24

25

26

27

28

**SUBSTITUTION OF COUNSEL**
Case No. 3:21-cv-00485-JCS