1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2    Derek L. Shaffer (Bar No. 212746)
     derekshaffer@quinnemanuel.com
3  1300 I Street NW
   Washington, D.C. 20005
4  Telephone:    (202) 538 8000
   Facsimile:    (213) 538 8100
5
     Dylan C. Bonfigli (Bar No. 317185)
6    dylanbonfigli@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
7  Los Angeles, California 90017-2543
   Telephone:    (213) 443 3000
8  Facsimile:    (213) 443 3100

9  Attorneys for Defendant
   TWITTER, INC.
10

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

15  JOHN DOE #1 AND JOHN DOE #2,        Case No. 3:21-cv-00485-JCS

16           Plaintiffs,                **NOTICE OF SUBSTITUTION OF
                                        COUNSEL AND [~~PROPOSED~~] ORDER**
17       v.
                                        The Honorable Joseph C. Spero
18  TWITTER, INC.,                      Date Action Filed:  January 20, 2021

19           Defendants.

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Twitter, Inc. substitutes the law firm of Quinn Emanuel Urquhart & Sullivan, LLP as its counsel of record in this action, in place of Cooley LLP.

Pursuant to this substitution, Twitter, Inc. respectfully requests that all notices, filings, and other documents in this action be served on the following counsel:

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
  Derek L. Shaffer (Bar No. 212746)
  derekshaffer@quinnemanuel.com
1300 I Street NW
Washington, D.C. 20005
Telephone:   (202) 538 8000
Facsimile:    (213) 538 8100

  Dylan C. Bonfigli (Bar No. 317185)
  dylanbonfigli@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443 3000
Facsimile:    (213) 443 3100

We hereby agree to the foregoing substitution.

Dated: December 15, 2022                COOLEY LLP

                                        By: */s/ Linh K. Nguyen*
                                            Linh K. Nguyen

We hereby accept the foregoing substitution.

Dated: December 15, 2022                QUINN EMANUEL URQUHART
                                        & SULLIVAN, LLP

                                        By: */s/ Derek L. Shaffer*
                                            Derek L. Shaffer

**[PROPOSED] ORDER**

Pursuant to the foregoing, it is hereby ORDERED that the law firm of Quinn Emanuel Urquhart & Sullivan, LLP is substituted as counsel in this action for Defendant Twitter, Inc., in place of Cooley, LLP.

Dated: December 19, 2022

_____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

**ATTESTATION**

*Filer's Attestation:* Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Derek L. Shaffer hereby attests that concurrence in the filing of this document has been obtained.

Dated: December 15, 2022              QUINN EMANUEL URQUHART
                                      & SULLIVAN, LLP


                                      /s/ *Derek L. Shaffer*
                                      Derek L. Shaffer

                                      *Attorneys for Defendant Twitter, Inc.*