UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE #1 AND JOHN DOE #2,<br><br>    Plaintiffs,<br><br>v.<br><br>TWITTER, INC.,<br><br>    Defendants. | Case No. 3:21-cv-00485-JCS<br><br>**JOINT STATUS UPDATE PURSUANT TO THE COURT'S DECEMBER 13, 2022, ORDER (ECF NO. 98) AND STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:   March 17, 2023<br>CMC Time:   2:00 p.m.<br>Judge:   Honorable Joseph C. Spero |

Plaintiffs John Doe #1 and John Doe #2 and Defendant Twitter, Inc. (collectively, the "Parties"), respectfully submit this joint status update regarding this matter.

On October 26, 2021, the Court entered an order certifying the Court's August 19, 2021, motion to dismiss order for interlocutory appeal and staying all proceedings in the Action. (ECF No. 85.)

On January 21, 2022, the Ninth Circuit granted the Parties' petition for permission to appeal and cross-petition for permission to appeal pursuant to 28 U.S.C. § 1292(b). (ECF No. 92.)

The appeal and cross-appeal were fully briefed on October 28, 2022. Oral argument has been scheduled for April 20, 2023.

Given the continuing nature of the appeal, the Parties respectfully request a continuance of the Case Management Conference currently scheduled for March 17, 2023.

Respectfully Submitted,

Dated: March 10, 2023                     NATIONAL CENTER ON SEXUAL
                                          EXPLOITATION

                                    By:   /s/ Peter A. Gentala
                                          Peter A. Gentala

                                          *Attorneys for Plaintiffs John Doe #1
                                          and John Doe #2*

Dated: March 10, 2023                     QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP

                                    By:   /s/ Dylan C. Bonfigli
                                          Dylan C. Bonfigli

                                          *Attorneys for Defendant Twitter, Inc.*

## ATTESTATION

*Filer's Attestation:* Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Peter A. Gentala hereby attests that concurrence in the filing of this document has been obtained.

Dated: March 10, 2023                     NATIONAL CENTER ON SEXUAL
                                          EXPLOITATION

                                    By:   /s/ Peter A. Gentala
                                          Peter A. Gentala

                                          *Attorneys for Plaintiffs John Doe #1 and
                                          John Doe #2*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 13, 2023                     _____
                                          HON. JOSEPH C. SPERO
                                          CHIEF UNITED STATES MAGISTRATE JUDGE