UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 20 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN DOE #1 and JOHN DOE #2, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> TWITTER, INC., <br><br> Defendant - Appellant. | No. 22-15103 <br><br> D.C. No. 3:21-cv-00485-JCS <br> U.S. District Court for Northern California, San Francisco <br><br> **MANDATE** |
| JOHN DOE #1 and JOHN DOE #2, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> TWITTER, INC., <br><br> Defendant - Appellee. | No. 22-15104 <br><br> D.C. No. 3:21-cv-00485-JCS <br> U.S. District Court for Northern California, San Francisco |

The judgment of this Court, entered May 03, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT