UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, et al.,<br><br>   Plaintiffs.<br><br>  v.<br><br>TWITTER, INC., et al.,<br><br>   Defendants. | Case No. 21-cv-00485-JCS<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 121 |

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of X CORP., (formerly known as Twitter).

Dated: December 11, 2023

              Mark B. Busby, Clerk

            By: *Karen L. Hom*

              Karen L. Hom
              Deputy Clerk