NATIONAL CENTER ON
SEXUAL EXPLOITATION
Benjamin W. Bull*
Peter A. Gentala*
Danielle Bianculli Pinter*
Christen M. Price*
1201 F ST NW, Suite 200
Washington, D.C., 20004
Telephone: (202) 393-7245
lawcenter@ncose.com

THE HABA LAW FIRM, P.A.
Lisa D. Haba*
Adam A. Haba*
1220 Commerce Park Dr., Suite 207
Longwood, FL 32779
Telephone: (844) 422-2529
lisahaba@habalaw.com
adamhaba@habalaw.com

THE MATIASIC FIRM, P.C.
Paul A. Matiasic (SBN 226448)
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 675-1089
matiasic@mjlawoffice.com

**Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE #1 AND JOHN DOE #2,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | No. 3:21-cv-00485-JCS<br><br>NOTICE OF APPEAL |

**1.**

Plaintiffs John Doe #1 and John Doe #2 hereby give notice that they are appealing this Court's orders of August 19, 2021 (Dkt. No. 69) and December 11, 2023 (Dkt. No. 121), and the final judgment of December 11, 2023 (Dkt. Nos. 121–22), to the United States Court of Appeals for the Ninth Circuit. *See generally* 28 U.S.C. § 1291; Fed. R. App. P. 3(a), 4(a)(1)(A). That

order adjudicated all of the Plaintiffs' remaining claims and thus fully adjudicated the parties' respective rights and liabilities. *See* Fed. R. App. P. 3(c)(5)(A).

**2.**

This appeal will encompass all the claims and issues that are merged into this Court's December 2023 judgment. Fed. R. App. P. 3(c)(6). Among the claims and issues the Plaintiffs plan to raise on appeal are the following:

- The dismissal of the Plaintiffs' federal claims (Claims One through Four). *See* (Dkt. 69, 121.) This includes the claims that went to the Ninth Circuit on interlocutory appeal.
- The dismissal of the Plaintiffs' California state claims (Claims Five through Thirteen). *See* (Dkt. 69.)

These items highlight but do not limit the claims and issues that the Plaintiffs may pursue on appeal. *See* Fed. R. App. P. 3(c)(4)–(6).

**3.**

The representation statement required by the Ninth Circuit is Appendix A to this notice. *See* Fed. R. App. P. 12(b); 9th Cir. R. 3-2, 12-2.

**4.**

The Plaintiffs are today paying all appropriate filing and docketing fees. *See* Fed. R. App. P. 3(e); 9th Cir. R. 3-1.

\* \* \*

January 9, 2024    By:    /s/ *Peter A. Gentala*
Peter A. Gentala*
**NATIONAL CENTER ON SEXUAL EXPLOITATION**

- 2 -

Notice of Appeal
3:21-cv-00485-JCS

Benjamin W. Bull*
Dani Bianculli Pinter*
Christen M. Price*
1201 F Street, NW, Suite 200
Washington, D.C. 20004
Telephone: (202) 393-7245
*pgentala@ncoselaw.org*
*lawcenter@ncose.com*


Lisa D. Haba*
Adam A. Haba*
**THE HABA LAW FIRM, P.A.**
1220 Commerce Park Dr., Suite 207
Longwood, FL 32779
Telephone: (844) 422-2529
*lisahaba@habalaw.com*
*adamhaba@habalaw.com*

Paul A. Matiasic
**THE MATIASIC FIRM, P.C.**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 675-1089
*matiasic@mjlawoffice.com*

***Attorneys for Plaintiffs***
  **Admitted Pro Hac Vice*

- 3 -

Notice of Appeal
3:21-cv-00485-JCS

# APPENDIX A
# REPRESENTATION STATEMENT

### Appellants

*Appellant parties*:

John Doe #1
John Doe #2

*Appellant counsel:*

Paul A. Matiasic
**THE MATIASIC FIRM, P.C.**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 675-1089
*matiasic@mjlawoffice.com*

Lisa D. Haba*
Adam A. Haba*
**THE HABA LAW FIRM, P.A.**
1220 Commerce Park Dr., Suite 207
Longwood, FL 32779
Telephone: (844) 422-2529
*lisahaba@habalaw.com*
*adamhaba@habalaw.com*

Benjamin W. Bull*
Peter A. Gentala*
Dani Bianculli Pinter*
Christen M. Price*
**NATIONAL CENTER ON SEXUAL EXPLOITATION**
1201 F Street, NW, Suite 200
Washington, D.C. 20004
Telephone: (202) 393-7245
*lawcenter@ncose.com*

* *Admitted pro hac vice*

*Appellants' counsel are all registered for electronic filing in the 9th Circuit.*

- 4 -
Notice of Appeal
3:21-cv-00485-JCS

**Appellee**

*Appellee party*:

X Corp.
(f/k/a Twitter, Inc.)

*Appellee counsel*:
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Derek L. Shaffer
*derekshaffer@quinnemanuel.com*
1300 I Street NW
Washington, D.C. 20005
Telephone: (202) 538 8000

Dylan C. Bonfigli
*dylanbonfigli@quinnemanuel.com*
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443 3000

Notice of Appeal
3:21-cv-00485-JCS