# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

December 1, 2025

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the
Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

JAN 09 2026

FILED

Re: John Doe, et al.
v. Twitter, Inc., et al.
Application No. 25A631
(Your No. 24-177)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on December 1, 2025, extended the time to and including February 6, 2026.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by Katie Heidrick
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

NOTIFICATION LIST

Scott S. Harris
Clerk of the Court
(202) 479-3011

Mr. Thomas Ryan McCarthy
Consovoy McCarthy PLLC
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526