# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 10, 2026

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  John Doe, et al.
          v. X Corp., fka Twitter, Inc.
          No. 25-949
          (Your No. 24-177)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on February 6, 2026 and placed on the docket February 10, 2026 as No. 25-949.

                                  Sincerely,

                                  **Scott S. Harris**, Clerk

                                  by

                                  Sara Simmons
                                  Case Analyst