UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE, et al.,

               Plaintiffs,

      v.

TWITTER, INC., et al.,

               Defendants.

Case No. 21-cv-00485-JCS

**ORDER OF DISMISSAL**

United States District Court
Northern District of California

      Plaintiff has filed a request for dismissal without prejudice of Plaintiff's state law claims, which are the only remaining claims in this case, pursuant to Fed.R.Civ.P. 41(a)(2). Dkt. no. 130. Defendant does not oppose the dismissal. Dkt. no. 132. Accordingly, the Court GRANTS Plaintiff's request. All of Plaintiff's remaining claims are dismissed without prejudice.

      **IT IS SO ORDERED.**

Dated: July 13, 2026

_____
JOSEPH C. SPERO
United States Magistrate Judge